```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A92-0060--CV (HRH)
              "FDIC V RALPH E. WHITMORE JR ET AL"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  1(15) & 3(16)
             Filed:  01/31/92
            Closed:  05/21/02


      Jurisdiction:  (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:


    Nature of Suit:  (430) Banks and Banking
                     Brch Fuduc Dty
            Origin:  (1) Original Proceeding
            Demand:
        Filing fee:  Waived
          Trial by:  Jury
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | FEDERAL DEPOSIT INSURANCE CORP | James N. Leik<br>Perkins Coie<br>1029 W. 3rd Avenue, Suite 300<br>Anchorage, AK 99501<br>907-279-8561<br>FAX 907-276-3108 |
| DEF 1.1 | WHITMORE, RALPH E. JR. | Ralph E. Whitmore<br>Pro Per<br>4521 Alla Road, #3<br>Marina del Rey, CA 90292<br>310-823-7739 |
| DEF 2.1 | [T] SWAIN, WILLIAM A. | No counsel found for this party! |
| DEF 3.1 | [T] SMITH, H. DERRELL | No counsel found for this party! |
| DEF 4.1 | [T] MIKLAUTSCH, THOMAS J. | Thomas J. Miklautsch<br>Pro Per<br>c/o Keesal Young & Logan<br>1029 W. 3d Ave, Suite 650<br>Anchorage, AK 99501-1954 |
| DEF 5.1 | [T] ELY, ROBERT C. | Floyd Smith<br>1400 W. Benson Blvd, Suite 575<br>Anchorage, AK 99503-3660<br>907-272-6510 |
| DEF 6.1 | [T] HAXBY, ROGER | No counsel found for this party! |
| DEF 7.1 | WHITMORE, NANCY W. | Nancy W. Whitmore<br>Pro Per<br>4521 Alla Road, #3<br>Marina del Rey, CA 90292<br>310-823-7739 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
   CIVIL DOCKET PARTY INFORMATION FOR CASE A92-0060--CV (HRH)
              "FDIC V RALPH E. WHITMORE JR ET AL"
```

Including terminated parties, excluding terminated counsel

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| DEF 8.1 | PRICE WATERHOUSE | Jerry E. Melcher<br>Heller Ehrman et al<br>1900 Bank of America Center<br>550 W. 7th Avenue<br>Anchorage, AK 99501<br>907-277-1900 |
| DEF 9.1 | [T] HOGAN & HARTSON, LAW FIRM | No counsel found for this party! |
| DEF 9.2 | [T] | No counsel found for this party! |
| DEF 10.1 | [T] MANATT, PHELPS, PHILLIPS & KANTOR,<br>LAW FIRM | No counsel found for this party! |
| DEF 10.2 | [T] MANATT, PHELPS & KANTAOR, LAW FIRM | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A92-0060--CV (HRH)
"FDIC V RALPH E. WHITMORE JR ET AL"

                    For all filing dates
```

Presiding Judge: The Honorable H. Russel Holland, U.S. District Judge
Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
Referral Rule: 1(15) & 3(16)
Filed: 01/31/92
Closed: 05/21/02

Jurisdiction: (1) U.S. Plaintiff
PLF Diversity:
DEF Diversity:

Nature of Suit: (430) Banks and Banking
Brch Fuduc Dty
Origin: (1) Original Proceeding
Demand:
Filing fee: Waived
Trial by: Jury

| Document # | Filed | Docket text |
|---|---|---|
| 490 - 1 | 01/14/94 | pltf motion psj/clms for neg & breach Fid. |
| 546 - 1 | 04/07/94 | Opposition to pltf motion psj/clms for neg & breach Fid. (490-1) |
| 558 - 1 | 04/18/94 | Reply to Opposition to pltf motion psj/clms for neg & breach Fid. (490-1) |
| 566 - 1 | 05/06/94 | deft Whitmore motion dismiss/atty fees |
| 570 - 1 | 05/11/94 | pltf motion strike sup opp mot/psj-neglg |
| 576 - 1 | 05/27/94 | Opposition to pltf motion strike sup opp mot/psj-neglg (570-1) |
| 576 - 2 | 05/27/94 | Whitmore's motion dism pltf mot/strike |
| 584 - 1 | 06/08/94 | Reply to Opposition to pltf motion strike sup opp mot/psj-neglg (570-1) |
| 588 - 1 | 06/24/94 | 3rd pty pltf Manatt, etc. motion compel Miklautsch inter/respon |
| 592 - 1 | 06/28/94 | deft Whitmores motion reconsider re:statute of limit |
| 599 - 1 | 07/15/94 | Opposition to deft Whitmores motion reconsider re:statute of limit (592-1) |
| 603 - 1 | 07/29/94 | DEF 8 motion for entry of final judgment dsms all clms/causes of action agnst D-8 w/att memo. |
| 604 - 1 | 08/09/94 | HRH Order granting 3rd pty pltf Manatt, etc. motion compel Miklautsch inter/respon (588-1); D-4 to respond by 9/7/94 or court will impose sanctions. cc cnsl. |
| 605 - 1 | 08/11/94 | Notice DEF 1 of compliance re report of income & expenses to pltf. |
| 606 - 1 | 08/12/94 | Stipulation and Order that D-6 opp to D-8 mot for entry of final judgment is due 8/22/94. cc cnsl. |
| 607 - 1 | 08/15/94 | DEF 5 non-opposition to DEF 8 motion for entry of final judgment dsms all clms/causes of action agnst D-8 w/att memo. (603-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A92-0060--CV (HRH)
                            "FDIC V RALPH E. WHITMORE JR ET AL"

                                    For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 608 - 1 | 08/15/94 | DEF 4 non-opposition to DEF 8 motion for entry of final judgment dsms all clms/causes of action agnst D-8 w/att memo. (603-1) |
| 609 - 1 | 08/22/94 | DEF 6 opposition to DEF 8 motion for entry of final judgment dsms all clms/causes of action agnst D-8 (603-1) |
| 609 - 2 | 08/22/94 | DEF 6 motion x-motion for modification of judgment & equal apportionment |
| 610 - 1 | 08/22/94 | DEF 6 errata re: DEF 6 oppo to D-8 motion for entry of final judgment (609-1) and x-motion for modification of judgment & equal apportionment (609-2) |
| 611 - 1 | 08/25/94 | DEF 6 Certificate of service re opp to D8 mot for entry of final judgment & x-mot for modification of judgment & equal apportionment & errata. |
| 612 - 1 | 08/26/94 | DEF 5 motion for settlement conf per lcl rule 9(D) w/att memo |
| 613 - 1 | 08/30/94 | DEF 6 motion for part SJ as to Cts I, II, III, IV, V, VI, VII & VIII based on res judicata & release w/att memo & exhbs. |
| 614 - 1 | 08/30/94 | DEF 6 motion for ext time to file opp to pltf's motion for parta SJ re claims of negligence & breach of fiduciary duty w/att memo & exhbs. |
| 615 - 1 | 08/30/94 | DEF 6 motion for short time re mot for part SJ w/att aff. |
| 615 - 2 | 08/30/94 | DEF 6 motion for short time re mot for ext time w/att aff. |
| 616 - 1 | 08/31/94 | Stipulation and Order that D-9 opp to D-6 x-motion for modification of judgment & equal apportionment due 10/3/94. cc cnsl. |
| 616 - 2 | 08/31/94 | Stipulation and Order that D-9 reply re D-9 motion for entry of final judgment is due 10/3/94. cc cnsl. |
| 617 - 1 | 09/02/94 | Stipulation and Order/ext of time of FDIC's resp to Haxby's oppo to Price Waterhouse's mot/entry of final jdgmt & Haxby's x-mot for modification of jdgmt and equal apport. cc:cnsl. |
| 618 - 1 | 09/03/94 | HRH Order granting DEF 6 motion for ext time till 9-22-94 to file opp to pltf's motion for partial SJ re claims of negligence & breach of fiduciary duty w/att memo & exhbs. (614-1), DEF 6 motion for short time re mot for part SJ granted w/att aff. (615-1), DEF 6 motion for short time re mot for ext time w/att aff. (615-2) cc:cnsl. |
| 619 - 1 | 09/08/94 | DEF 5 motion to compel attendance of T. Miklautsch at deposition |
| 620 - 1 | 09/09/94 | HRH Order granting motion reconsider re:statute of limit (592-1). The court's 2-7-94 order shall stand as entered.  cc:cnsl. |
| 621 - 1 | 09/12/94 | DEF 1 Notice of compliance re report of income & expenses. |
| 622 - 1 | 09/13/94 | PLF 1 opposition to DEF 5 motion for settlement conf per lcl rule 9(D) (612-1) |
| 623 - 1 | 09/14/94 | HRH Order denying motion strike sup opp mot/psj-neglg (570-1); pltf may file sup reply w/in 7 dys. cc cnsl. |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A92-0060--CV (HRH)
                         "FDIC V RALPH E. WHITMORE JR ET AL"

                                 For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 623 - 2 | 09/14/94 | HRH Order denying motion dism pltf mot/strike (576-2). cc cnsl. |
| 623 - 3 | 09/14/94 | HRH Order denying motion dismiss/atty fees (566-1). cc cnsl. |
| 624 - 1 | 09/15/94 | Stipulation and Order that D-6 opp to pltf mot for part SJ is due 10/06/94; and pltf's opp to D-6 mot for part SJ is due 10/06/94. cc cnsl. |
| 625 - 1 | 09/16/94 | DEF 1; 7 joinder to DEF 6 x-motion for modification of judgment & equal apportionment (609-2) and opposition to Price waterhouse's motion for entry of final judgment. |
| 626 - 1 | 09/16/94 | DEF 10 motion to dismiss D-4 3rd pty action agnst D10 w/att memo. |
| 627 - 1 | 09/20/94 | PLF 1 reply to opposition to pltf motion psj/clms for neg & breach Fid. (490-1) w/att exhb. |
| 628 - 1 | 09/20/94 | copy of DEF 10 Notice (errata) that motion to dismiss action (dkt # 626) was filed in this case in error; it should have been filed in A94-0324 CV. |
| 628 - 2 | 09/22/94 | HRH Order granting errata notice; motion to dismiss at dkt #626 is terminated. cc cnsl. |
| 619 - 2 | 09/30/94 | HRH Order granting motion to compel attendance of T. Miklautsch at deposition (619-1). cc cnsl. |
| 629 - 1 | 10/03/94 | PLF 1 reply to D-6 opposition to DEF 8 motion for entry of final judgment dsms all clms/causes of action agnst D-8 (603-1) |
| 629 - 2 | 10/03/94 | PLF 1 opposition to DEF 6 motion x-motion for modification of judgment & equal apportionment (609-2) |
| 630 - 1 | 10/03/94 | DEF 8 reply to D-6 opposition to DEF 8 motion for entry of final judgment dsms all clms/causes of action agnst D-8 (603-1) |
| 630 - 2 | 10/03/94 | DEF 8 opposition to DEF 6 motion x-motion for modification of judgment & equal apportionment (609-2) |
| 631 - 1 | 10/04/94 | HRH Stipulation and Order that D-6 oppo to pltf's mot for part SJ & pltf's oppo to D-6 mot for part SJ due 11/4/94. cc cnsl. |
| 632 - 1 | 10/06/94 | HRH Order denying motion for settlement conf per lcl rule 9(D) (612-1) w/leave to renew after ptys have pursued suggestions stated in order. cc cnsl. |
| 633 - 1 | 10/06/94 | HRH Order (depo of Miklautsch) deft Miklautsch  shall make himself available for depo by deft Ely in Anchorage, AK at a date not more than 30 dys from the date of this order; should he fail to comply the court will, upon application, impose sanctions which may include dismissal fo his x-clm agnst Ely. cc cnsl. |
| 634 - 1 | 10/11/94 | DEF 1 Notice of compliance re: income & expenses. |
| 635 - 1 | 10/11/94 | Stipulation and Order that D-6 reply to D-8 opp to x-mot for equal apportionment. cc cnsl. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A92-0060--CV (HRH)
"FDIC V RALPH E. WHITMORE JR ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 636 - 1 | 10/13/94 | PLF 1; DEF 6 Stipulation that D-6 reply to pltf's reply to D-8 motion for entry of final judgment & x-mot for modification of judgment & equal apportionment is due 10/14/94. |
| 637 - 1 | 10/14/94 | DEF 6 reply to pltf's & D-8's opposition to DEF 6 motion x-motion for modification of judgment & equal apportionment (609-2) |
| 636 - 2 | 10/17/94 | HRH Order granting stip that D-6 reply to pltf's reply to D-6 opp to D-8 mot for entry of final judgment is due 10/14/94. cc cnsl. |
| 636 - 3 | 10/17/94 | HRH Order granting stip that D-6 reply to pltf's opp to x-mot for modificatin of judgment & equal apportionment is due 10/14/94. cc cnsl. |
| 638 - 1 | 10/25/94 | HRH Order denying motion x-motion for modification of judgment & equal apportionment (609-2); clk to enter final judgment. cc cnsl |
| 638 - 2 | 10/25/94 | HRH Order granting motion for entry of final judgment dsms all clms/causes of action agnst D-8. (603-1); motion for rule 54(b) certification granted; clk shall enter final judgment. cc cnsl. |
| 639 - 1 | 10/25/94 | DEF 8 motion to file att/proposed suppl memo in opp to D-6 x-mot for mod of SJ & equal apportionment, w/att memo. |
| 640 - 1 | 10/27/94 | HRH Judgment in favor of Price Waterhouse & against Ely, Ralph Whitmore, Nancy Whitmore, Miklautsch & Haxby dismissing 3rd party complaints. cc O&J #9392, Judge Roberts, cnsl. Redistributed 2/28/96 |
| 641 - 1 | 10/27/94 | HRH Minute Order denying as moot the motion to file suppl memo in opp to D-6 x-mot for mod of SJ & (639-1). cc cnsl. |
| 642 - 1 | 11/01/94 | DEF 5 motion to dismiss D-4 claims against D-5 w/att memo. |
| 643 - 1 | 11/01/94 | Stipulation and Order that D-6 opposition to pltf's motion for partial SJ is due 11/23/94 and pltf's opposition to D-6 motion for partial SJ is due 11/23/94. cc cnsl. |
| 644 - 1 | 11/03/94 | DEF 1; 7 reply to FDIC's reply to the opposition re:pltf motion psj/clms for neg & breach Fid. (490-1) |
| 645 - 1 | 11/07/94 | DEF 8 Bill of Costs w/att affidavit & exhibits. |
| 646 - 1 | 11/07/94 | DEF 8 Notice of taxation of costs on 11/15/94 at 9:00 am. |
| 647 - 1 | 11/09/94 | DEF 1 Notice of compliance re report of income & expenses. |
| 648 - 1 | 11/10/94 | DEF 6 Objections to Price Waterhouse's taxation of costs |
| 649 - 1 | 11/14/94 | DEF 8 reply to opposition to objection to taxation of costs. |
| 650 - 1 | 11/14/94 | Clerk's Notice re: taxation hearing on cost bill of 3rd party deft Price Waterhouse, held 11/15/94; fees for transcripts not allowed as cost taxable by the clerk. cc cnsl. |
| 651 - 1 | 11/18/94 | PLF 1; DEF 6 Stipulation / Unopposed Motion  extending the time for Haxby's oppo to FDIC's mot/psj until 11-30-94 and for the FDIC's oppo to Haxby's mot/psj to be filed by 11-30-94. cc:cnsl. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A92-0060--CV (HRH)
                              "FDIC V RALPH E. WHITMORE JR ET AL"

                                      For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 652 - 1 | 11/22/94 | DEF 8 motion to retax costs w/att memorandum |
| 642 - 2 | 11/25/94 | HRH Order granting motion to dismiss D-4 claims against D-5 w/att memo. (642-1). Cy cnsl |
| 653 - 1 | 11/25/94 | Stipulation and Order for an ext of time in which FDIC's oppos to Haxby's mot for PSJ due 12/12/94, & Haxby's oppos to FDIC's mot for PSJ due 12/12/94. Cy cnsl |
| 654 - 1 | 11/28/94 | DEF 8 motion for attorney's fees w/att memo & aff |
| 655 - 1 | 11/28/94 | DEF 6 Appeal to 9CCA re orders dated 2-11-94, 10-25-94 & fnljmt dated 10-27-94. cy cnsl, Judge Holland, 9CCA(w/att orig & cy CADS) |
| 656 - 1 | 11/29/94 | DEF 8 Affidavit (certificate of service) re: DEF 8 motion for attorney's fees w/att memo & aff (654-1) |
| 657 - 1 | 12/02/94 | DEF 1 Notice of compliance re report of income & expenses |
| 658 - 1 | 12/07/94 | DEF 5 opposition to DEF 8 motion for attorney's fees (654-1) w/att memorandum |
| 659 - 1 | 12/07/94 | Stipulation and Order that D-6 opposition to D-8 motion to retax (652-1) is due 12/14/94. cc cnsl |
| 660 - 1 | 12/07/94 | Stipulation and Order that D-6 opposition to D-8 motion for attorney fees (654-1) is due 1/6/95. cc cnsl. |
| 661 - 1 | 12/08/94 | DEF 6 Attorney Appearance of R. Royce. |
| 662 - 1 | 12/08/94 | DEF 6 Notice of designation of record on appeal. |
| 663 - 1 | 12/12/94 | DEF 6 opposition to pltf motion psj/clms for neg & breach Fid w/att exhibits (490-1) ((FILED UNDER SEAL) |
| 663 - 2 | 12/12/94 | DEF 6 Request for Oral Argument re: pltf motion psj/clms for neg & breach Fid. (490-1) |
| 664 - 1 | 12/12/94 | PLF 1 opposition to DEF 6 motion for part SJ as to Cts I, II, III, IV, V, VI, VII & VIII based on res judicata & release w/att memo & exhbs. (613-1) |
| 665 - 1 | 12/12/94 | DEF 6 opposition to DEF 8 motion to retax costs (652-1) |
| 666 - 1 | 12/12/94 | DEF 6 motion for settlement conference |
| 667 - 1 | 12/12/94 | PLF 1; DEF 5 Stipulation for dismissal w/prejudice of pltf claims agnst D5 & D-5 counterclaims against pltf; each party to bear own costs & attorney fees |
| 667 - 2 | 12/15/94 | HRH Order granting dismissal of all claims between pltf & DEF 5; each party to bear own costs & attorneys' fees. cc cnsl. |
| 668 - 1 | 12/16/94 | DEF 1; 7 joinder to DEF 5 opposition to DEF 8 motion for attorney's fees (654-1) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A92-0060--CV (HRH)
"FDIC V RALPH E. WHITMORE JR ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 669 - 1 | 12/19/94 | Stipulation and Order that D-6 reply to pltf's opposition to motion for part sj re res judicate & release is due 12/22/94. cc cnsl. |
| 670 - 1 | 12/19/94 | Stipulation and Order that DEF 8 reply to DEF 5 opposition to motion for attorney's fees is due 1/6/95. cc cnsl. |
| 671 - 1 | 12/21/94 | Stipulation and Order that pltf's reply to DEF 6 opposition to pltf's motion for partial sj and DEF 6 reply to pltf's opposition to DEF 6 motion for partial sj are due 12/29/94. cc cnsl. |
| 672 - 1 | 12/22/94 | DEF 8 reply to opposition to DEF 8 motion to retax costs (652-1) |
| 673 - 1 | 12/28/94 | DEF 6 Transcript Designation/Order Form. |
| 674 - 1 | 12/29/94 | PLF 1 reply to opposition to pltf motion psj/clms for neg & breach Fid. (490-1) |
| 675 - 1 | 12/29/94 | DEF 6 reply to opposition to DEF 6 motion for part SJ as to Cts I, II, III, IV, V, VI, VII & VIII based on res judicata & release w/att memo & exhbs. (613-1) |
| 676 - 1 | 12/30/94 | DEF 6 Request for Oral Argument re: DEF 6 motion for part SJ as to Cts I, II, III, IV, V, VI, VII & VIII based on res judicata & release (613-1) |
| 677 - 1 | 01/04/95 | DEF 8 Report re: D 8 reply to Ely's oppo will also be responsive to deft/third pty pltfs Ralph E. Whitmore Jr. and Nancy W. Whitmore joinder.  Price Waterhouse (D8) will file its reply in accordance with its stip with counsel for Haxby and Ely. |
| 678 - 1 | 01/05/95 | HRH Stipulation and Order between Price Waterhouse and deft/third pty pltf Robert Ely for Price Waterhouse to have until the close of business on 1-25-95 to file its reply to Ely's oppo to Price Waterhouse's motion for atty fees. cc:cnsl. |
| 679 - 1 | 01/05/95 | HRH Stipulation and Order between Price Waterhouse and deft/third-pty pltf Roger Haxby that Roger Haxby shall have until COB 1-13-95 to file oppo to Price Waterhouse mot/atty fees. cc:cnsl. |
| 680 - 1 | 01/09/95 | DEF 1 Notice of compliance  re: report of business income & expenses |
| 681 - 1 | 01/09/95 | DEF 6 Affidavit & Supplemental Affidavit (notice of filing signed) in support of opposition to pltf motion psj/clms for neg & breach Fid. (490-1) |
| 682 - 1 | 01/10/95 | HRH Order denying motion for settlement conference (666-1) w/leave to renew. cc cnsl. |
| 683 - 1 | 01/13/95 | Stipulation and Order that D-6 opposition to D-8 motion for attorney's fees is due 2/3/95. cc cnsl. |
| 684 - 1 | 01/13/95 | Stipulation and Order that D-8 reply to D-6 opposition to motion for attorney's fees is due 2/15/95. cc cnsl. |
| 685 - 1 | 01/17/95 | JDR Order denying motion to retax costs (652-1) cc cnsl. |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A92-0060--CV (HRH)
                          "FDIC V RALPH E. WHITMORE JR ET AL"

                                For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 686 - 1 | 01/17/95 | DEF 6 motion to amend answer to assert de4fense of res judicata w/att memorandum and proposed 2nd amended answer to first amended complaint. |
| 687 - 1 | 01/19/95 | DEF 6 motion for reconsideration of 1/9/95 order re: motion for settlement conference |
| 688 - 1 | 01/26/95 | Stipulation and Order that DEF 6 opposition to D-8 motion for attorney's fees (654-1) is due 2/17/95. cc cnsl. |
| 689 - 1 | 02/01/95 | Stipulation and Order that D-9 reply to D-5 opposition to motion for attorney's fees is due 3/1/95. cc cnsl. |
| 690 - 1 | 02/06/95 | PLF 1 opposition to DEF 6 motion to amend answer (686-1) |
| 691 - 1 | 02/08/95 | HRH Minute Order setting O/A on 3/10/95 at 8:30 am re: pltf's motion for partial SJ (490-1) and D-6 motion for SJ (613-1). cc cnsl. |
| 692 - 1 | 02/10/95 | DEF 1 Notice of compliance re:report of business income and expenses. |
| 693 - 1 | 02/13/95 | Stipulation and Order that haxby has till 2/21/95 to file reply to FDIC's oppos to haxby's mot to amend answer. Cy cnsl |
| 694 - 1 | 02/15/95 | Stipulation and Order that Price Waterhouse has till 3/10/95 to file reply to Ely's oppos to Price's motion for attrny fees. Cy cnsl |
| 695 - 1 | 02/15/95 | Stipulation and Order that Haxby has till 2/28/95 to file oppos to price mot for attrny fees. Cy cnsl |
| 696 - 1 | 02/21/95 | DEF 6 reply to PLF opposition to DEF 6 motion to amend answer to first amended complaint. (686-1) |
| 697 - 1 | 02/28/95 | HRH Stipulation and Order that deft Roger Haxby shall have until 3-14-95 to file oppo to mot for atty fees. cc:cnsl. |
| 698 - 1 | 03/02/95 | DEF 5; 8 Stipulation & Order that D-8 has till 3/20/95 to file reply to D-5 oppos to D-8 mot for attrny fees. Cy cnsl |
| 699 - 1 | 03/07/95 | DEF 1 Notice of Compliance re: Report of Business & Expenses |
| 700 - 1 | 03/08/95 | PLF 1 Joint Notice of Anticipated settlement with defendant Roger Haxby. |
| 701 - 1 | 03/09/95 | HRH Order terminating in light of this order: motion for part SJ as to Cts I, II, III, IV, V, VI, VII & VIII based on (613-1), motion to amend answer to assert de4fense of res judicata w/att memorandum (686-1), motion for reconsideration of 1/9/95 order re: motion for settlement conf (687-1) HRH Order (Case Status); PLF & DEF-6 closing documents or status report re: settlement are due 5/5/95. cc cnsl. |
| 702 - 1 | 03/10/95 | HRH Court Minutes [ECR: Pat Peerce] Oral Argument on pltf's motion for partial SJ (dkt #490) held 3/10/95;  taking under advisement motion psj/clms for neg & breach Fid. (490-1) |
| 703 - 1 | 03/14/95 | Stipulation and Order that DEF-6 opposition to DEF-8 motion for attorney's fees (654-1) is due 4/13/95. cc cnsl. |
| 704 - 1 | 03/17/95 | HRH Order, pltf to take prompt action to conclude proceedings against deft Thomas Miklautsch following the court's ruling on pltf's motion for |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A92-0060--CV (HRH)
"FDIC V RALPH E. WHITMORE JR ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | sj. cc:cnsl. |
| 705 - 1 | 03/21/95 | Stipulation and Order that DEF-8 reply to DEF-5 opposition re: motion for attorney's fees (654-1) is due 4/13/95. cc cnsl |
| 706 - 1 | 03/21/95 | DEF 10 Attorney Substitution of A. William Saupe replacing Douglas B. Baily |
| 707 - 1 | 04/03/95 | DEF 1 Notice of compliance re: income & expenses |
| 708 - 1 | 04/11/95 | Stipulation and Order that DEF 6 opposition to DEF 8 motion for attorney's fees is due 5/4/95. cc cnsl |
| 709 - 1 | 04/17/95 | HRH Stipulation and Order that DEF 8 reply to DEF 5 opposition re: motion for attorney's fees (654-1) is due 5/16/95. cc cnsl |
| 710 - 1 | 05/04/95 | Stipulation and Order to extend time till 5/25/95 for def Roger Haxby to file oppos to Price Waterhouse's mot for attrny fees. Cy cnsl |
| 711 - 1 | 05/05/95 | PLF 1 Report re: status report regarding Haxby settlement. |
| 712 - 1 | 05/09/95 | DEF 1 Notice of Compliance re: report of business income & expenses |
| 713 - 1 | 05/09/95 | Stipulation and Order that DEF-8 reply to DEF-5 opposition re: motion for attorney's fees (654-1) is due 6/7/95. cc cnsl |
| 714 - 1 | 05/11/95 | HRH Minute Order; 5/5/95 status report accepted; further by report DEF 6 due 6/5/95. cc cnsl |
| 715 - 1 | 05/25/95 | Stipulation and Order that DEF-6 opposition to DEF-8 motion for attorney's fees is due 6/8/95 |
| 716 - 1 | 05/25/95 | Stipulation and Order that DEF 8 reply to DEF 5 opposition to motion for attorney fees (654-1) is due 6/8/95. cc cnsl |
| 717 - 1 | 06/06/95 | PLF 1; DEF 6 Stipulation for dismissal of PLF claims against DEF 6 and Count I & II of DEF 6 counterclaim against PLF are dismissed w/prejudice with each party to bear its own costs & attorneys fees |
| 717 - 2 | 06/07/95 | HRH Order approving stipulation; PLF 1 claims against DEF 6 & Ct I & II of DEF 6 counterclaims against PLF 1 are dismissed w/prejudice with each party to bear its own costs & attorneys' fees. cc cnsl |
| 718 - 1 | 06/08/95 | Stipulation and Order that DEF 6 opposition to DEF 8 motion for attorney's fees is due 7/10/95. cc cnsl |
| 719 - 1 | 06/12/95 | DEF 1 Notice of Compliance re: report of business income & expenses |
| 720 - 1 | 06/15/95 | Stipulation and Order that DEF 8 reply to DEF 5 opposition to motion for attorney's fees (654-1) is due 7/20/95; DEF 6 opposition to motion for attorney's fees (654-1) is due 7/10/95. cc cnsl |
| 721 - 1 | 07/05/95 | DEF 1 Notice of compliance re 6-1-95 through 6-30-95 report of business income/expenses. |
| 722 - 1 | 07/10/95 | Stipulation and Order to extend time till 8/10/95 for D-6 to file oppos to D-8 mot for attrny fees. Cy cnsl |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A92-0060--CV (HRH)
                          "FDIC V RALPH E. WHITMORE JR ET AL"
              ─────────────────────────────────────────────────────────
                                  For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 723 - 1 | 07/11/95 | Stipulation and Order that D-8 reply to D-5 oppo re D-8 motion for atty fees (654-1) is due 8-22-95.  cc cnsl |
| 724 - 1 | 07/18/95 | HRH Order granting motion for partial summary judgment for neg & breach Fid. (490-1); court to address issue of damages at a later time.  cc cnsl. |
| 725 - 1 | 07/20/95 | Cy 9CCA Order (#94-36167). cy Judge Holland |
| 726 - 1 | 08/09/95 | DEF 1 Notice of compliance re 7-1-95 through 7-31-95 business income and expenses. |
| 727 - 1 | 08/10/95 | Stipulation and Order extending time for D-6 oppo to D-8 motion for attorney's fees; oppo due 9-25-95.  cc cnsl. |
| 728 - 1 | 08/14/95 | Stipulation and Order that 3DF reply to oppo to motion for atty fees (654-10 is due 10-5-95.  cc cnsl. |
| 729 - 1 | 09/01/95 | PLF 1 motion for entry of default judgment against Thomas J. Miklautsch w/att exhibits |
| 730 - 1 | 09/11/95 | DEF 1 Notice of compliance re 8-1-95 through 8-31-95 business income and expenses. |
| 731 - 1 | 09/22/95 | THIS DOCKET ENTRY NOT USED |
| 732 - 1 | 09/27/95 | DEF 8 Unopposed Motion to transfer pleading #731-1 from A92-0060 CV (HRH) to A94-0145 CV (HRH). |
| 733 - 1 | 10/03/95 | HRH Minute Order that clerkd is directed to pull document #731, filed 9-22-95 in this case and file said document in case A94-0154 CV (HRH). cc cnsl, Case A94-0154 CV (HRH) |
| 734 - 1 | 10/05/95 | Stipulation and Order that D-8 has till 11/14/95 to reply to D-5 oppos to mot for attrny fees. Cy cnsl |
| 735 - 1 | 10/05/95 | Stipulation and Order that D-6 has till 11/2/95 to file oppos to D-8 mot for attrny fees. Cy cnsl |
| 736 - 1 | 10/10/95 | Stipulation and Order that Haxby's oppo to Price Waterhouse's Motion for declaratory judgment is due 10-17-95.  cc cnsl |
| 737 - 1 | 10/10/95 | Fld cy 9CCA Order. Within 21 days Appellant must file mot. or stip. to dismiss. Tentative settlement. cc: Judge Holland. |
| 738 - 1 | 10/12/95 | DEF 1 Notice of compliance re 9-1-95 through 9-30-95 business income and expenses. |
| 739 - 1 | 10/24/95 | PLF 1 Affidavit of service |
| 740 - 1 | 10/26/95 | HRH Order granting motion for entry of default judgment against Thomas J. Miklautsch (729-1); judgment in the amount of $2,109,663.57 shall be entered in favor of FDIC and against T. Miklautsch.  This judgment is separate from and in addition to the judgment entered in this action against T. Miklautsch on 1-27-93.  cc cnsl |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A92-0060--CV (HRH)
"FDIC V RALPH E. WHITMORE JR ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 741 - 1 | 10/26/95 | HRH Judgment in favor of FDIC and against Thomas Miklautsch; total judgment is $2,109,663.57.  cc cnsl, O&J 9662 |
| 742 - 1 | 11/02/95 | Stipulation and Order that Haxby's oppo to Price Waterhouse's motion for atty fees is due 12-1-95.  cc cnsl |
| 743 - 1 | 11/03/95 | Stipulation and Order that Price Waterhouse's reply to Ely's and Haxby's oppo's to motion for atty fees (654-1) is due 12-13-95.  cc cnsl |
| 744 - 1 | 11/09/95 | DEF 1 Notice of compliance of crt order re rprt of business income & expenses to cnsl FDIC James Leik. |
| 745 - 1 | 12/01/95 | Stipulation and Order that Haxby's oppo to Price Waterhouse's motion for atty fees is due 12-29-95.  cc cnsl |
| 746 - 1 | 12/05/95 | Stipulation and Order that Price Waterhouse's reply to Ely's oppo to Price Waterhouse's motion for atty fees is due 1-11-95.  cc cnsl |
| 747 - 1 | 12/06/95 | DEF 8 Errata re stip for ext of time (746-1) that Price Waterhouse's reply to Ely's oppo to Price Waterhouse's motion for atty fees is due 1-11-96. |
| 748 - 1 | 12/07/95 | DEF 8 Affidavit of service re Errata (747-1) |
| 749 - 1 | 12/07/95 | DEF 1 Notice of compliance re 11-1-95 through 11-30-95 business income and expenses. |
| 750 - 1 | 12/18/95 | HRH Minute Order that pltf to file report re remaining issues to be decided in the case aside from Price Waterhouse's pending motion for atty fees w/in 14 days from date of this order.  cc cnsl |
| 751 - 1 | 01/02/96 | PLF 1 Report re: status pursuant to crts order of 10/28/95. w/atch afdvt |
| 752 - 1 | 01/02/96 | Stipulation and Order that def Haxby has till 1/27/96 to oppos Waterhouses mot for attrny fees. Cy cnsl |
| 753 - 1 | 01/04/96 | Stipulation and Order for ext of time; Price Waterhouse's reply to Ely's oppo to motion for atty fees is due COB 2-9-96.  cc cnsl |
| 754 - 1 | 01/08/96 | DEF 1 Notice of compliance re 12-1-95 - 12-31-95 business income and expenses |
| 755 - 1 | 01/17/96 | HRH Minute Order, If pltf is desirous of deferring further actions in this case until criminal proceedings against Mr. Whitmore have been concluded, a further status report shall be filed on or before 7-31-96. cc: cnsl. |
| 756 - 1 | 01/26/96 | Stipulation and Order that Haxby's oppo to Price Waterhouse's motion for atty fees is due 2-9-96.  cc cnsl |
| 757 - 1 | 02/09/96 | DEF 8 reply to opposition to DEF 8 motion for attorney's fees w/att memo & aff (654-1) |
| 758 - 1 | 02/09/96 | Fld cert cy Mandate from 9CCA. Voluntary DISSMISSAL.  cc: cnsl, Judge Holland. |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A92-0060--CV (HRH)
                        "FDIC V RALPH E. WHITMORE JR ET AL"

                              For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 759 - 1 | 02/12/96 | DEF 1 Notice of compliance re 1-1-96 - 1-31-96 business income and expenses |
| 760 - 1 | 02/23/96 | HRH Order granting/denying motion for attorney's fees (654-1). crt is unpersuaded that there is any reason to depart from the presumptive award fixed by AK Civil Rule 82. Clerk to amend jdgmnt enetered in favor of 3rd-party def Price Waterhouse to include an award of attrny's fees in favor of Price Waterhouse & aganist def Ralph E. & Nacy Whitemore, jointly & severally, in the amt of $29,704.90. Cy cnsl, Redistributed Judgement (doc #640) 2/28/96 |
| 761 - 1 | 03/01/96 | DEF 1; 7 motion for reconsideration of court's order (760-1) |
| 762 - 1 | 03/11/96 | HRH Minute Order that Price Waterhouse's oppo to motion for reconsideration (761-1) is due 3/22/96; Whitmore's reply due 3/29/96. cc cnsl |
| 763 - 1 | 03/11/96 | DEF 1 Notice of compliance re 2-1-96 thru 2-29-96 business income and expenses |
| 764 - 1 | 03/22/96 | DEF 8 opposition to DEF 1; 7 motion for reconsideration of court's order (760-1) (761-1) |
| 765 - 1 | 03/29/96 | DEF 1; 7 reply to opposition to DEF 1; 7 motion for reconsideration of court's order (760-1) (761-1) |
| 766 - 1 | 04/01/96 | DEF 1; 7 Certificate of Service re: DEF 1; 7 reply to oppo to motion for reconsideration of court's order (760-1) (761-1) |
| 767 - 1 | 04/11/96 | DEF 1 Notice of compliance re 3-1-96 thru 3-31-96 business income & expenses |
| 768 - 1 | 05/03/96 | HRH Order granting motion for reconsideration of court's order (760-1) (761-1); judgment agnst 3d-party pltfs Whitmore is readopted; judgment entered in favor of Price Waterhouse shall stand as entered.  cy cnsl |
| 769 - 1 | 05/09/96 | DEF 1 Notice of compliance re 4-1-96 thru 4-30-96 business income and expenses. |
| 770 - 1 | 06/04/96 | DEF 1 Notice of compliance with Crt Order re: income and expenses re: 5/1/ -5/31/96 |
| 771 - 1 | 07/09/96 | DEF 1 Notice of compliance re 6-1-96 thru 6-30-96 business income and expenses |
| 772 - 1 | 07/31/96 | PLF 1 Status Report re: crt order dtd 1/17/96 dkt #755. |
| 773 - 1 | 08/12/96 | DEF 1 Notice of compliance re 7-1-96 thru 7-31-96 business income and expenses |
| 774 - 1 | 08/30/96 | HRH Minute Order re 7-31-96 report accepted; further report due 1-31-97. cy cnsl |
| 775 - 1 | 09/10/96 | DEF 1 Notice of compliance re: business income and expenses for 8/1/96-8/31/96 sent to cnsl for FDIC 9/9/96. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A92-0060--CV (HRH)
                        "FDIC V RALPH E. WHITMORE JR ET AL"

                              For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 776 - 1 | 10/10/96 | DEF 1 Notice of compliance on 10/9/96 sent by Fed. Express a rpt re business income & expenses, per the Crt, for 9/1/96 - 9/30/96 to cnsl for FDIC. |
| 777 - 1 | 11/12/96 | DEF 1 Notice of compliance sent by Fed Express re report of the business income & expenses as required by crt for 10/1/96 thru 10/31/96 to cnsl for the FDIC, Mr. James Leik. |
| 778 - 1 | 12/10/96 | DEF 1 Notice of compliance |
| 779 - 1 | 01/09/97 | DEF 1 Notice of Compliance; rpt of business income and expenses 12/1/96 thru 12/31/96 sent to cnsl for FDIC |
| 780 - 1 | 01/28/97 | DEF 8 Notice of satisfaction of award of attorneys fees. |
| 781 - 1 | 01/29/97 | PLF 1 Status Report (per Court's Order at dkt 774) |
| 782 - 1 | 02/10/97 | DEF 1 Notice of Compliance; rept of business income and expenses 1/1/97 through 1/31/97 sent to counsel for FDIC. |
| 783 - 1 | 03/07/97 | DEF 1 Notice of compliance re report of business income and expenses 2/1/97 through 2/28/97 sent to counsel for FDIC. |
| 784 - 1 | 03/13/97 | HRH Order that status report at dkt 781 is accepted; further report due by counsel for plaintiff on 7/1/97, or 30 days following issuance of 9CCA mandate in USA v. Whitmore, whichever is first.  cc: counsel |
| 785 - 1 | 04/09/97 | DEF 1 Notice of compliance re business records for 3/1/97 through 3/31/97. |
| 786 - 1 | 05/12/97 | DEF 1 Notice of Compliance re business records for 4/1/97 through 4/30/97. |
| 787 - 1 | 06/09/97 | DEF 1 Notice of compliance re; report of business income and expenses for May 1, 1997 through May 31, 1997. |
| 788 - 1 | 07/01/97 | PLF 1 Status Report. |
| 789 - 1 | 07/09/97 | DEF 1 Notice of compliance re 6/1/97 thru 6/30/97 business income and expenses. |
| 790 - 1 | 08/11/97 | DEF 1 Notice of compliance of business income and expenses for 7/1/97 thru 7/31/97. |
| 791 - 1 | 09/09/97 | DEF 1 Notice of compliance re: report of business income 8/1/97 - 8/31/97. |
| 792 - 1 | 10/08/97 | DEF 1 Notice of compliance re: report of the business income and expenses for 9/1/97 through 9/30/97. |
| 793 - 1 | 11/10/97 | DEF 1 Notice of compliance of business income and expenses as required by court for 10/1/97 through 0/31/97. |
| 794 - 1 | 12/10/97 | DEF 1 Notice of compliance of business income and expenses for 11/1/97 through 11/30/97 to counsel for FDIC, Mr.James Leik. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A92-0060--CV (HRH)
"FDIC V RALPH E. WHITMORE JR ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 795 - 1 | 01/09/98 | DEF 1 Notice of compliance of report of the business income and expenses fro 12/1/97 through 12/31/97, |
| 796 - 1 | 02/10/98 | DEF 1 Notice of compliance of sending business income and expenses report re: 1/1/98 throught 1/31/98. |
| 797 - 1 | 03/10/98 | DEF 1 Notice of compliance re: report of business income and expenses for 2/1/98 through 2/28/98. |
| 798 - 1 | 04/08/98 | DEF 1 Notice of compliance re: 3/1/98 - 3/31/98 business income and expenses. |
| 799 - 1 | 05/08/98 | DEF 1 Notice of compliance of report re: 4/1/98 throught 4/30/98. |
| 800 - 1 | 06/10/98 | DEF 1 Notice of business income and expenses for May 1, 1998 thru May 31, 1998. |
| 801 - 1 | 07/09/98 | DEF 1 Notice of complaince. |
| 802 - 1 | 08/07/98 | DEF 1 Notice of compliance of business report for July 1,1998 through July 31, 1998. |
| 803 - 1 | 09/09/98 | DEF 1 Notice of compliance of report of income and expenses for 8/1/98-8/31/98. |
| 804 - 1 | 10/09/98 | DEF 1 Notice of compliance of report of business income and expenses for 9/1/98-9/30/98. |
| 805 - 1 | 11/09/98 | DEF 1 Notice of compliance of report of business income and expenses for 10/1/98 through 10/31/98. |
| 806 - 1 | 12/04/98 | DEF 1 Notice of compliance of report of business income and expenses, as required by the court for 11/1/98 through 11/30/98 to cnsl for FDIC J. Leik. |
| 807 - 1 | 01/08/99 | DEF 1 Notice of compliance of report of business income and expenses 12/1/98 throught 1/31/98. |
| 808 - 1 | 02/08/99 | DEF 1 Notice of compliance of business income and expenses, for 1/1/99 throught 1/31/99. |
| 809 - 1 | 03/08/99 | DEF 1 Notice of compliance of business income & expenses for 2/1/99 through 2/28/99. |
| 810 - 1 | 04/07/99 | DEF 1 Notice of compliance of report of business income and expenses for 3/1/99 through 3/31/99. |
| 811 - 1 | 05/06/99 | DEF 1 Notice of compliance re: report for 4/1/99 throught 4/1/99. |
| 812 - 1 | 06/09/99 | DEF 1 Notice of report of business income/expenses for 5/1/99 thru 5/31/99. |
| 813 - 1 | 07/09/99 | DEF 1 Notice of compliance of income/expenses for 06/01/99 - 06/30/99. |
| 814 - 1 | 08/16/99 | DEF 1 Notice of compliance of business income for 7/1/99 through 7/31/99. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A92-0060--CV (HRH)
"FDIC V RALPH E. WHITMORE JR ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 815 - 1 | 09/10/99 | DEF 1 Notice of compliance re: business income & expenses for 8/1/99 through 8/31/99. |
| 816 - 1 | 10/13/99 | DEF 1 Notice of compliance re: business income & expenses. |
| 817 - 1 | 11/12/99 | DEF 1 Notice of compliance: Report of business income & expenses for 10/01/99 thru 10/31/99. |
| 818 - 1 | 12/09/99 | DEF 1 Notice of compliance re: rpt of business income & expenses for 11/1/99 - 11/30, 1999. |
| 819 - 1 | 01/14/00 | DEF 1 Notice of compliance re: business income & expenses for 12/01/99-12/31/99. |
| 820 - 1 | 02/11/00 | HRH Order that cnsl to confer re: restitution; gvt in CR case to take lead to initate conference; parties to file report by 2/24/00. cc: cnsl |
| 821 - 1 | 02/11/00 | DEF 1 Notice of compliance re: business income & expenses from 1/1/00 thru 1/31/00. |
| 822 - 1 | 02/24/00 | PLF 1 Response to Order dated 2/11/00 w/att exh. |
| 823 - 1 | 02/29/00 | PLF 1 motion for settlement conference. |
| 824 - 1 | 03/03/00 | HRH Order denying motion for settlement conference (823-1); court encourages parties in this case to engage in settlement discussions at an appropriate time, court is unconvinced that the time has yet arrived w/att cy of order in A94-136 CR (HRH).  cc: cnsl |
| 825 - 1 | 03/13/00 | DEF 1 Notice of compliance re: business income & expenses, for 2/1/00 through 2/29/00. |
| 826 - 1 | 04/10/00 | DEF 1 Notice of compliance re: report of business income and expenses for 3/1/00 through 3/31/00. |
| 827 - 1 | 05/04/00 | HRH Order re: case status; plf's loss computation due 5/25/00; Whitmore to file response by 6/8/00. cc: cnsl, Topel |
| 828 - 1 | 05/11/00 | DEF 1 Notice of compliance re: business income & expenses for 4/1/00-4/30/00. |
| 829 - 1 | 05/25/00 | PLF 1 Response to Order dated 5/4/00. |
| 830 - 1 | 06/07/00 | DEF 1 Notice of compliance of report of business income and expenses from  5/1/00 through 5/31/00. |
| 831 - 1 | 06/12/00 | DEF 1 Response to Order of 5/4/00. |
| 832 - 1 | 06/15/00 | PLF 1 Supplemental response to crt's 05/04/00 ord. |
| 833 - 1 | 06/20/00 | HRH Order re: settlement conference; court will work with chief judge of No. Dist of CA to identify judge; plf & Whitmores to confirm by 6/28/00 that they will participate in settlement conf as suggested during week of 7/24/00 in Ca. cc: cnsl |
| 834 - 1 | 06/23/00 | PLF 1 Response to Order dated 6/20/00. |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A92-0060--CV (HRH)
                        "FDIC V RALPH E. WHITMORE JR ET AL"

                              For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 835 - 1 | 06/29/00 | DEF 1 Response to Order dated 6/20/00. |
| 836 - 1 | 07/06/00 | HRH Order that parties to arrange with settlement judge Chief US MJ Edward Infante for settlement conference; financial info from PO re: criminal proceedings against Mr Whitmore to be delivered to plf; all cys to be returned to this court when conference concluded. cc: cnsl, PO, E. Infante |
| 837 - 1 | 07/10/00 | DEF 1 Notice of compliance re: rpt of business income & expenses for 6/1/00-6/30/00. |
| 838 - 1 | 08/11/00 | DEF 1 Notice of compliance re: business income & expenses, for 7/1/00 through 7/31/00. |
| 839 - 1 | 08/30/00 | PLF 1 motion (request) for compliance with the court's order dated 6/30/00 w/att exh. |
| 840 - 1 | 09/05/00 | PLF 1 Supplement re: PLF 1 motion (request) for compliance with the court's order dated 6/30/00 (839-1) . |
| 841 - 1 | 09/05/00 | USDC N.District of CA Notice changing time of settl conf to 9/11/00 at 2:45pm before MJ Infante. |
| 842 - 1 | 09/06/00 | HRH Minute Order denying motion (request) for compliance with the court's order dated 6/30/00 (839-1); settlement conference will go forward. cc: cnsl |
| 843 - 1 | 09/11/00 | DEF 1 Notice of compliance of report of business income from 8/15/00 throught 8/31/00. |
| 844 - 1 | 10/10/00 | DEF 1 Notice of compliance of report business income & expenses for 9/1/00 - 9/30/00. |
| 845 - 1 | 11/13/00 | DEF 1 Notice of compliance of report of business income & expenses for 10/01/00 through 10/31/00. |
| 846 - 1 | 12/12/00 | DEF 1 Notice of compliance of report re: business income & expenses as required 11/1/00 & 11/20/00. |
| 847 - 1 | 01/12/01 | DEF 1 Notice of compliancere: repost of business income & expenses, for 12/01/00 through 12/31/01. |
| 848 - 1 | 01/19/01 | HRH Minute Order that report due 4/1/01 re: status of settlement. cc: cnsl |
| 849 - 1 | 02/12/01 | DEF 1 Notice of compliance of report of business income & expenses from 1/1/01 through 1/31/01. |
| 850 - 1 | 03/12/01 | DEF 1 Notice of compliance of business income & expenses for 2/1/01 through 2/28/01. |
| 851 - 1 | 04/02/01 | PLF 1 Status Report. |
| 852 - 1 | 04/09/01 | DEF 1 Notice of compliance of business income report for 3/1/01 through 3/31/01. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A92-0060--CV (HRH)
"FDIC V RALPH E. WHITMORE JR ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 853 - 1 | 05/10/01 | DEF 1 Notice of compliance of business income from 4/1/01 through 4/30/01. |
| 854 - 1 | 05/14/01 | HRH Minute Order granting parties' request for a continued settlement conference before Judge Infante. cc: cnsl |
| 855 - 1 | 06/07/01 | DEF 1 Notice  of compliance of report of business income & expenses for 5/1/01 through 5/31/01. |
| 856 - 1 | 07/12/01 | DEF 1 Notice of compliance |
| 857 - 1 | 07/16/01 | PLF 1 Report re: status |
| 858 - 1 | 08/03/01 | PLF 1 Status Report. |
| 859 - 1 | 08/08/01 | DEF 1; 7 Response to plf's status report. |
| 860 - 1 | 08/10/01 | DEF 1 Notice of compliance of business report for income & expenses from 7/1/01 - 7/31/01. |
| 861 - 1 | 08/10/01 | HRH Minute Order that parties to confer within 14 days to develop proposal for settlement conference; if this fails, plf to file mot for SJ as to damages by 10/30/01. cc: cnsl |
| 862 - 1 | 09/07/01 | DEF 1 Notice of compliance of business income & expenses for 8/1/01 through 8/31/01. |
| 863 - 1 | 10/16/01 | DEF 1 Notice of compliance re: rpt of business income and expenses. |
| 864 - 1 | 10/30/01 | PLF 1 motion for summary judgment as to damages w/att exhs |
| 865 - 1 | 11/14/01 | DEF 1 Notice of compliance re: report of business income for 10/01/01 through 10/31/01. |
| 866 - 1 | 11/19/01 | PLF 1 Unopposed mot that Whitmores have to 12/10/01 to file opp to SJ mot |
| 866 - 2 | 11/20/01 | Order granting unopposed mot that Whitmores have to 12/10/01 to file opp to SJ mot (866-1). cc: cnsl |
| 867 - 1 | 12/05/01 | HRH Minute Order that FDIC to inform crt & def Whitmores by 4:00, on 12/7/01 whether it is in agreement with proposal to argitrate without right of appeal; if FDIC declines proposal, defs' opp to mot for SJ due 12/14/01; if FDIC agrees to arbitration, cnsl to confer & proposed protocol for arbitration to court by 12/21/01. cc: cnsl, Michael Firestein |
| 868 - 1 | 12/07/01 | PLF 1 Response to Order dated 12/5/01. |
| 869 - 1 | 12/12/01 | DEF 1; 7 Unopposed motion to enlarge time to file opposition to FDIC's motion for sj as to damages until 12/21/01. |
| 869 - 2 | 12/12/01 | Order granting motion Unopposed motion to enlarge time to file opposition to FDIC's motion (869-1). cc: cnsl |
| 870 - 1 | 12/18/01 | DEF 1 Notice of compliance of business report from 11/1/01 to 11/30/01. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A92-0060--CV (HRH)
"FDIC V RALPH E. WHITMORE JR ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 871 - 1 | 12/20/01 | DEF 1; 7 opposition to PLF 1 motion for summary judgment as to damages (864-1) w/att aff. |
| 871 - 2 | 12/20/01 | DEF 1; 7 motion for continuance under FRCP 56(f) w/att aff. |
| 872 - 1 | 12/26/01 | PLF 1 Unopposed mot for ext to 1/8/02 to file reply re mot for SJ |
| 872 - 2 | 12/27/01 | Order granting unopposed mot for ext to 1/8/02 to file reply re mot for SJ (872-1). cc: cnsl |
| 873 - 1 | 01/08/02 | PLF 1 reply to opposition to PLF 1 motion for summary judgment as to damages (864-1) |
| 874 - 1 | 01/15/02 | DEF 1 Notice of compliance re: business income & expenses for December 1 through December 31, 2002. |
| 875 - 1 | 01/23/02 | HRH Order denying motion for continuance under FRCP 56(f) (871-2); Whitmores opp to FDIC's mot for SJ due 2/8/02. cc: cnsl |
| 876 - 1 | 02/04/02 | PLF 1 Joint Status Report. |
| 877 - 1 | 02/11/02 | HRH Minute Order staying motion practice pending receipt of settlement agreement within 30 days; further status report due if settlement agreement does not occur. cc: cnsl |
| 878 - 1 | 02/11/02 | DEF 1 Notice of compliance of business income and expenses for 1/1/02 through 1/31/02, |
| 879 - 1 | 03/11/02 | DEF 1 Notice of compliance of report of business income for 2/1/02 -2/28/02. |
| 880 - 1 | 03/13/02 | PLF 1 Report Joint Status Report. |
| 881 - 1 | 04/09/02 | DEF 1 Notice of compliance of report of business income and expenses for 3/1/02 through 3/31/02. |
| 882 - 1 | 04/30/02 | HRH Minute Order that status report re settlement due 5/10/02. cc: cnsl |
| 883 - 1 | 05/09/02 | DEF 1 Notice of compliance re: business income and expenses, for 4/1/02 thorough 4/20/02. |
| 884 - 1 | 05/10/02 | PLF 1 Joint Status Report. |
| 885 - 1 | 05/17/02 | PLF 1; DEF 1; 7 Notice of settlement agreement w/att settlement agreement. |
| 885 - 2 | 05/17/02 | PLF 1; DEF 1; 7 motion joint (request) for approval w/att settlement agreement. |
| 886 - 1 | 05/21/02 | HRH Order granting motion joint (request) for approval (885-2) of settlement agreement effective 5/21/02. cc: cnsl |
| 887 - 1 | 06/11/02 | DEF 1 Notice of compliance re: business income and expenses, as required by the crt for 5/1/02 theought 5/31/02. |
| 888 - 1 | 07/08/02 | DEF 1 Notice of compliance |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A92-0060--CV (HRH)
                             "FDIC V RALPH E. WHITMORE JR ET AL"

                                    For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 889 - 1 | 08/08/02 | DEF 1 Notice of compliance. |
| 890 - 1 | 09/09/02 | DEF 1 Notice of compliance. |
| 891 - 1 | 10/07/02 | DEF 1 Notice of compliance. |
| 892 - 1 | 11/12/02 | DEF 1 Notice of compliance. |
| 893 - 1 | 12/11/02 | DEF 1 Notice of compliance. |
| 894 - 1 | 01/09/03 | DEF 1 Notice  of compliance. |
| 895 - 1 | 02/11/03 | DEF 1 Notice of compliance |
| 896 - 1 | 03/17/03 | DEF 1 Notice of compliance. |
| 897 - 1 | 04/09/03 | DEF 1 Notice of compliance. |
| 898 - 1 | 05/01/03 | Notice of Arrest of defendant Thomas Miklautsch arrested 4/30/03 in LA, CA. |
| 899 - 1 | 05/02/03 | USM Return of svc on WOA re: DEF 4 at Los Angeles, CA at 4/30/03. |
| 900 - 1 | 05/12/03 | DEF 1 Notice of compliance. |
| 901 - 1 | 05/23/03 | JDR Court Minutes [ECR: Caroline Edmiston] re I/A on warrant for contempt of crt for failure to appear (#326)(hld 5/21/03); matter referred to USDJ; def's det cont poending further proceedings. cc: cnsl, Judge Holland |
| 902 - 1 | 05/30/03 | HRH Order re: the court will await further input from the parties before taking any further action re: D4.  cc: cnsl |
| 903 - 1 | 06/09/03 | DEF 1 Notice of compliance. |
| 904 - 1 | 07/07/03 | DEF 1 Notice of compliance. |
| 905 - 1 | 08/12/03 | DEF 1 Notice  of compliance. |
| 906 - 1 | 09/15/03 | DEF 1 Notice of compliance. |
| 907 - 1 | 09/30/03 | Copy HRH Court Minutes from A94-136CR [ECR: Elisa Singleton] IOS, held 9/30/03; oral mot to quash WOA in A92-060CV granted. |
| 908 - 1 | 09/30/03 | Copy HRH Release Order, 9/30/03 |
| 909 - 1 | 10/02/03 | DEF 4 motion for settlement conference |
| 910 - 1 | 10/07/03 | HRH Order re request for settlement conference; parties to deliver settlement conf memos to chambers of Judge Beistline by noon 10/10/03, under seal; parties are to provide to CMC 2 or more proposed settlement conf dates at least 2 wks following submission of settlement memo. cc: cnsl, K Loeffler (USA/IRS); Judge Beistline, E. Sanders |
| 911 - 1 | 10/14/03 | DEF 1 Notice of compliance |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A92-0060--CV (HRH)
                           "FDIC V RALPH E. WHITMORE JR ET AL"

                               For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 912 - 1 | 10/21/03 | DEF 4 Report re: status of settlement conference |
| 913 - 1 | 12/17/03 | DEF 1 Notice of compliance. |
| 914 - 1 | 01/15/04 | DEF 1 Notice of compliance. |
| 915 - 1 | 02/20/04 | DEF 1 Notice of compliance. |
| 916 - 1 | 03/16/04 | DEF 1 Notice of compliance. |
| 917 - 1 | 05/14/04 | DEF 1 Notice of compliance. |
| 918 - 1 | 07/12/04 | DEF 1 Notice of compliance. |
| 919 - 1 | 07/12/04 | DEF 1 Notice of compliance. |
| 920 - 1 | 09/01/04 | HRH Minute Order re: monthly reports of business income/expenses; Mr. Whitmore to get up to date on his reporting forthwith.  cc: cnsl |
| 921 - 1 | 09/13/04 | DEF 1 Notice of compliace. |
| 922 - 1 | 09/14/04 | PLF 1 Joint Status Report; parties are not requesing a settl conf re: Def 4 at this time. |
| 923 - 1 | 10/25/04 | DEF 1 Notice of compliance. |
| 924 - 1 | 11/15/04 | DEF 1 Notice of compliance. |
| 925 - 1 | 12/16/04 | DEF 1 Notice of compliance. |
| 926 - 1 | 01/04/05 | HRH Order (case status) parties to advise crt on/before 1/31/05 whether FDIC and Miklautsches have resolved their diffferences.  cc: cnsl |
| 927 - 1 | 01/18/05 | DEF 1 Notice of compliance. |
| 928 - 1 | 01/31/05 | PLF 1 Status Report w/att exh. |
| 929 - 1 | 02/15/05 | DEF 1 Notice of compliance (unsigned). |
| 930 - 1 | 02/28/05 | DEF 1 Notice of compliance. |
| 931 - 1 | 03/15/05 | DEF 1 Notice of compliance. |
| 932 - 1 | 04/04/05 | PLF 1 Status Report. |
| 933 - 1 | 04/18/05 | DEF 1 Notice of compliance. |
| 934 - 1 | 05/13/05 | DEF 1 Notice of compliance. |
| 935 - 1 | 06/09/05 | DEF 1 Notice of compliance. |
| 936 - 1 | 07/12/05 | DEF 1 Notice of compliance. |
| 937 - 1 | 08/09/05 | DEF 1 Notice of compliance. |
| 938 - 1 | 09/12/05 | DEF 1 Notice of compliance. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A92-0060--CV (HRH)
"FDIC V RALPH E. WHITMORE JR ET AL"

For all filing dates

| Document # | Filed | Docket text |
| --- | --- | --- |
| 939 - 1 | 10/14/05 | DEF 1 Notice of compliance. |
| 940 - 1 | 11/15/05 | DEF 1 Notice of compliance. |