Ralph E. Whitmore, Jr.
4521 Alla Road   No. 3
Marina Del Rey, California 90292
310  823-7739

Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity as an instrumentality and agency of the United States,<br><br>　　　　　　Plaintiff,<br><br>RALPH E. WHITMORE, JR., NANCY W. WHITMORE; WILLIAM A. SWAIN, H. DERRELL SMITH;   THOMAS J. MIKLAUTSCH, ROBERT C. ELY, AND ROGER HAXBY,<br><br>　　　　　　Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) NOTICE OF COMPLIANCE<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.  A92-060  Civil  (HRH) |

RECEIVED
JAN 1 3 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**SCANNED**

NOTICE OF COMPLIANCE
Page 1

PLEASE TAKE NOTICE that defendant Ralph E. Whitmore, Jr. on January 10, 2005, sent a report of the business income and expenses, as required by the Court, for December 1, 2005 through December 31, 2005 to counsel for the FDIC, Mr. James Leik.

DATED this 10th day of January, 2005.

By: *Ralph E. Whitmore Jr.*
Ralph E. Whitmore, Jr.

NOTICE OF COMPLIANCE
Page 2