Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  907-263-6300
Facsimile:  907-263-6345

*Attorneys for Ralph E. Whitmore, Jr.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity as an instrumentality and agency of the United States, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| RALPH E. WHITMORE, JR., et al., | ) ) |
| Defendants. | ) No. 3:92-cv-00060-HRH |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Patton Boggs LLP, hereby gives notice of its appearance on behalf of Defendant Ralph E. Whitmore, Jr. in the above-captioned case.  All pleadings, notices or other papers shall be served on the undersigned, to the address stated herein:

Michael R. Spaan, Esq.
Patton Boggs LLP
601 West 5th Avenue, Suite 700
Anchorage, Alaska 99501
Alaska Bar No. 7305026
Phone: 907.263.6300
Fax: 907.263.6345
E-mail: mspaan@pattonboggs.com

47641v1

DATED at Anchorage, Alaska this 7th day of March, 2006.

By: s/Michael R. Spaan
Michael R. Spaan
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 263-6300
Fax: (907) 263-6345
Email: mspaan@pattonboggs.com
Alaska Bar No. 7305026

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of March, 2006, a copy of the foregoing document to be served electronically on the following:

**James N. Leik**
Perkins Coie LLP
1029 W. 3rd Ave., Suite 300
Anchorage, Alaska 99501
jleik@perkinscoie.com

By: s/Gloria Bullock
Legal Secretary/Assistant
PATTON BOGGS LLP