Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  907-263-6300
Facsimile:  907-263-6345

*Attorneys for Ralph E. Whitmore, Jr.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity as an instrumentality and agency of the United States, <br><br> Plaintiff, <br><br> vs. <br><br> RALPH E. WHITMORE, JR., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 3:92-cv-00060-HRH |

### MOTION FOR TELEPHONIC PARTICIPATION

COMES NOW defendants, Ralph E. Whitmore, Jr. and Nancy W. Whitmore, and requests this Court's permission for Ralph E. Whitmore, Jr. to appear telephonically at any hearing scheduled in the above-captioned matter pursuant to the United States District Court for the District of Alaska's Local Rule 7.3.  This motion is based upon the attached affidavit of counsel.

47598v1

Respectfully submitted this 7th day of March, 2006.

        PATTON BOGGS LLP
        Attorneys for Defendant Ralph E. Whitmore, Jr.


By:    s/Michael R. Spaan
        Michael R. Spaan
        PATTON BOGGS LLP
        601 W. 5th Avenue, Suite 700
        Anchorage, Alaska 99501
        Tel: (907) 263-6310
        Fax: (907) 263-6345
        Email:  mspaan@pattonboggs.com
        Alaska Bar No. 7305026

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of March, 2006, a copy of the foregoing document to be served electronically on the following:

**James N. Leik**
Perkins Coie LLP
1029 W. 3rd Ave., Suite 300
Anchorage, Alaska 99501
jleik@perkinscoie.com


By:    s/Gloria Bullock
        Legal Secretary/Assistant
        PATTON BOGGS LLP