Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Ralph E. Whitmore, Jr.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity as an instrumentality and agency of the United States,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>RALPH E. WHITMORE, JR., et al.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　No. 3:92-cv-00060-HRH |

### [PROPOSED] ORDER GRANTING
### MOTION FOR TELEPHONIC PARTICIPATION

The motion for telephonic participation of Ralph E. Whitmore, Jr. is hereby GRANTED.

Dated:_____          _____
　　　　　　　　　　　　　　　　　　H. RUSSEL HOLLAND
　　　　　　　　　　　　　　　　　　United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of March, 2006, a copy of the foregoing document to be served electronically on the following:

**James N. Leik**
Perkins Coie LLP
1029 W. 3rd Ave., Suite 300
Anchorage, Alaska 99501
jleik@perkinscoie.com


By:    s/Gloria Bullock
       Legal Secretary/Assistant
       PATTON BOGGS LLP