Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Ralph E. Whitmore, Jr.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity as an instrumentality and agency of the United States,<br><br>    Plaintiff,<br><br>  vs.<br><br>RALPH E. WHITMORE, JR., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 3:92-cv-00060-HRH |

### AFFIDAVIT OF COUNSEL MICHAEL R. SPAAN IN SUPPORT OF MOTION FOR TELEPHONIC PARTICIPATION

STATE OF ALASKA    )
            ) ss.
THIRD JUDICIAL DISTRICT )

  **MICHAEL R. SPAAN**, being duly sworn, states as follows:

  1.  I am counsel for Mr. and Mrs. Whitmore in the above-captioned action.

  2.  On behalf of Ralph E. Whitmore, Jr. I have made a motion to enforce the settlement agreement and filed a brief and supporting paperwork therein.

  3.  While Mr. Whitmore is able to travel he is currently in poor health and is attempting to reestablish his business in order to support his wife and himself.

47602v2

4. Both his health and finances would be accommodated were the Court to allow him to appear telephonically at any hearing scheduled in the above-captioned action.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
MICHAEL R. SPAAN

SUBSCRIBED AND SWORN to before me this 7th day of March, 2006.

_____
Notary Public in and for the State of Alaska
My Commission Expires: May 5, 2006

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2006, a copy of the foregoing document to be served electronically on the following:

**James N. Leik**
Perkins Coie LLP
1029 W. 3rd Ave., Suite 300
Anchorage, Alaska 99501
jleik@perkinscoie.com

By:  s/Gloria Bullock
     Legal Secretary/Assistant
     PATTON BOGGS LLP

AFFIDAVIT OF COUNSEL MICHAEL R. SPAAN
*FDIC v. Whitmore, et al.*, No. 3:92-cv-00060-HRH
Page 2
47602v2