Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Ralph E. Whitmore, Jr.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity as an instrumentality and agency of the United States, <br><br> Plaintiff, <br><br> vs. <br><br> RALPH E. WHITMORE, JR., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 3:92-cv-00060-HRH |

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

Ralph E. Whitmore, Jr., through his attorneys Patton Boggs LLP, moves this court to enforce the parties' April 24, 2002 Settlement and Release Agreement, which provided the mechanism and terms for a complete resolution of this action. Despite his best efforts, Whitmore has been unable to resolve this matter fully and complete, and therefore asks the Court for an order declaring the parties' remaining rights and obligations under the Settlement Agreement.

47598v1

DATED this 7th day of March, 2006.

        PATTON BOGGS LLP
        Attorneys for Defendant Ralph E. Whitmore, Jr.

By:   s/Michael R. Spaan
      Michael R. Spaan
      PATTON BOGGS LLP
      601 W. 5th Avenue, Suite 700
      Anchorage, Alaska 99501
      Tel: (907) 263-6310
      Fax: (907) 263-6345
      Email:  mspaan@pattonboggs.com
      Alaska Bar No. 7305026

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of March, 2006, a copy of the foregoing document to be served electronically on the following:

**James N. Leik**
Perkins Coie LLP
1029 W. 3rd Ave., Suite 300
Anchorage, Alaska 99501
jleik@perkinscoie.com


By:    s/Gloria Bullock
       Legal Secretary/Assistant
       PATTON BOGGS LLP