Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Ralph E. Whitmore, Jr.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity as an instrumentality and agency of the United States,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>RALPH E. WHITMORE, JR., et al.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 3:92-cv-00060-HRH |

**[PROPOSED] ORDER GRANTING MOTION TO
ENFORCE SETTLEMENT AGREEMENT**

This matter having come before the Court, and the Court having been duly advised in the premises, and finding good cause therein;

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. Defendant shall pay the FDIC $100,000 by no later than _____, 2006. Such payment shall fully and finally discharge all obligations of Whitmore to the FDIC under the April 24, 2002 Settlement Agreement.

Dated:_____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　H. RUSSEL HOLLAND
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of March, 2006, a copy of the foregoing document to be served electronically on the following:

**James N. Leik**
Perkins Coie LLP
1029 W. 3rd Ave., Suite 300
Anchorage, Alaska 99501
jleik@perkinscoie.com


By: s/Gloria Bullock
     Legal Secretary/Assistant
     PATTON BOGGS LLP