Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  907-263-6300
Facsimile:  907-263-6345

*Attorneys for Ralph E. Whitmore, Jr.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity as an instrumentality and agency of the United States,<br>    Plaintiff,<br>  vs.<br>RALPH E. WHITMORE, JR., et al.,<br>    Defendants. | No. 3:92-cv-00060-HRH |

### AFFIDAVIT OF RALPH E. WHITMORE, JR. IN SUPPORT OF
### MOTION TO ENFORCE SETTLEMENT AGREEMENT

STATE OF CALIFORNIA  )
            ) ss.
COUNTY OF LOS ANGELES )

  **RALPH E. WHITMORE, JR.**, being duly sworn, states as follows:

  1.  I am a defendant herein and make the following statements based upon my personal knowledge.

  2.  Attached hereto as Exhibit A is a true and correct copy of the Settlement agreement between my wife and I, and the FDIC.  Also attached as Exhibit B is a true and correct copy of this Court's approval of the Settlement Agreement.

  3.  To date, I have paid the FDIC $150,000 of the monies owed under the Settlement Agreement.  I completed marketing all the drilling pipe referenced therein on August 1, 2005.

4. Thereafter, I wrote a letter through my attorneys to the FDIC advising it that all the pipe had been sold, that the net proceeds had not exceeded $700,000, and that I was prepared to deliver the remaining $100,000 due under the Agreement. Attached hereto as Exhibit C is a true and correct copy of the October 11, 2005 letter to the FDIC.

5. I waited over three months to receive a response to my letter. The FDIC's response asked for further documentation of the drilling pipe sales revenue and expenses which had been provided to the FDIC on a monthly basis pursuant to the Court's order and never objected to. A true and correct copy of the FDIC's response, dated January 13, 2006, is attached hereto as Exhibit D.

6. On February 3, 2006, I provided extensive documentation of the revenues and expenses related to the sales of the drilling pipe. A true and correct copy of my February 3, 2006 letter is attached hereto as Exhibit E. To date, I have not been able to reach a resolution with the FDIC.

7. Both my wife and I are in our seventies and neither of us are in good health. It is imperative that we get this matter resolved as quickly as possible so that I can conduct business and earn a living for my wife and I.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

RALPH E. WHITMORE, JR.

State of California County of Los Angeles
SUBSCRIBED AND SWORN to before me this 7 day of March, 2006.

Notary Public in and for the State of California
My Commission Expires: May 1, 2006

ERNESTO A. GONZALEZ
Commission # 1352745
Notary Public - California
Los Angeles County
My Comm. Expires May 1, 2006

AFFIDAVIT OF RALPH E. WHITMORE, JR.
*FDIC v. Whitmore, et al.*, No. 3:92-cv-00060-HRH
Page 2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of March, 2006, a copy of the foregoing document to be served electronically on the following:

**James N. Leik**
Perkins Coie LLP
1029 W. 3rd Ave., Suite 300
Anchorage, Alaska 99501
jleik@perkinscoie.com


By:     s/Gloria Bullock
        Legal Secretary/Assistant
        PATTON BOGGS LLP

AFFIDAVIT OF RALPH E. WHITMORE, JR.
*FDIC v. Whitmore, et al.*, No. 3:92-cv-00060-HRH
Page 3

47602v2