## Index of Exhibits to Affidavit of Ralph E. Whitmore, Jr.

**DESCRIPTION** **EXHIBIT**

Settlement Agreement dated April 24, 2002 .................................................................................A

Order dated May 21, 2002 .............................................................................................................B

October 11, 2005 letter to Roy Ahrens, FDIC ...............................................................................C

January 13, 2006 letter to Michael R. Spaan ................................................................................D

February 3, 2006 letter to James N. Leik .......................................................................................E