

Case 3:92-cv-00060-HRH    Document 948-4    Filed 03/07/2006    Page 1 of 3

**FILED**

MAY 2 1 2002

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FEDERAL DEPOSIT INSURANCE CORPO- )
RATION, in its corporate capacity )
as an instrumentality and agency )
of the United States, )
                                  )
                    Plaintiff,    )
                                  )
  vs.                             )
                                  )
RALPH E. WHITMORE, JR., et al.,   )   No. A92-0060-CV (HRH)
                                  )
                    Defendants.   )
_____)

O R D E R

Approval of Settlement Agreement

The remaining parties in this case are plaintiff (FDIC) and Ralph E. and Nancy Whitmore. The FDIC and the Whitmores have entered into a settlement and release agreement, a copy of which has been filed with the court.[1]

The settlement agreement is approved. Accordingly, the effective date of the settlement agreement as provided in paragraph 6 is today, May 21, 2002.

As provided in paragraph 16 of the settlement agreement, the court retains jurisdiction with respect to the parties and the

---

[1] Clerk's Docket No. 885.

- 1 -

settlement agreement until it has been completely executed and terminates according to its terms.

Dated at Anchorage, Alaska, this **21** day of May, 2002.

_____
H. Russel Holland, Judge
District of Alaska

A92-0060--CV (HRH)
-----------------------------------------------
J. MELCHER (HELLER)
J. LEIK (PERKINS)
R. WHITMORE
J. WHITMORE

- 2 -