

Case 3:92-cv-00060-HRH    Document 948-8    Filed 03/07/2006    Page 1 of 7


**PATTON BOGGS** LLP
ATTORNEYS AT LAW

601 West Fifth Avenue
Suite 700
Anchorage, Alaska 99501
907-263-6300

Facsimile 907-263-6345
www.pattonboggs.com

October 11, 2005

Michael R. Spaan
(907) 263-6305
mspaan@pattonboggs.com

**VIA FACSIMILE (202) 736-0681 AND CERTIFIED MAIL**

Roy Ahrens, Esq.
Senior Counsel
Federal Deposit Insurance Corporation
550 17th Street, NW
Room H11046
Washington, D.C. 20429

Re: *FDIC vs. Whitmore*, Case No. A92-060 Civil (Alaska)

Dear Mr. Ahrens:

This letter regards the April 24, 2002 Settlement and Release Agreement between the FDIC and Ralph Whitmore. The Agreement calls for Mr. Whitmore to pay the FDIC $250,000, of which $150,000 has previously been paid. Mr. Whitmore has given our firm a check payable to the FDIC for $100,000.00, which we believe represents the final amount due and owing under the Settlement Agreement.

The Settlement Agreement also contains a provision related to the sale of drilling pipe, which provision provides that if Mr. Whitmore and/or the FDIC sell the pipe within 270 days from execution of the Agreement, the FDIC would receive 50% of the net proceeds in excess of $700,000. Despite his best efforts, neither Whitmore (nor the FDIC) sold any of the drilling pipe within the 270 day period. Further, even though Whitmore has sold much of the pipe in the last year, all sales proceeds have been consumed by the expenses of sale, which include a disputed sales commission to a third party, repayment of a secured loan of monies borrowed for the Whitmore's business and operating expenses over the three years, the final $100,000 payment to the FDIC referenced above and the estimated taxes due as a result of the sale. Attached is Mr. Whitmore's latest financial report detailing these expenses.

Thus, it is our view that all obligations of Whitmore to the FDIC with respect to the Settlement Agreement have been satisfied. Please confirm that this is also your understanding. Upon

45445v1

Exhibit C
Page 1 of 6

**PATTON BOGGS LLP**
ATTORNEYS AT LAW

Roy Ahrens, Esq.
Federal Deposit Insurance Corporation
October 11, 2005
Page 2

receipt of such confirmation, we will deliver the check for $100,000 in full satisfaction of Mr. Whitmore's obligations under the Settlement Agreement.

Sincerely,

PATTON BOGGS LLP

Michael R. Spaan

MRS/gjb

Enclosure

cc:   Mr. Ralph Whitmore

45445v1

**Exhibit C**
**Page 2 of 6**

Ralph E. Whitmore, Jr.
4521 Alla Road   No. 3
Marina Del Rey, California 90292
310  823-7739

Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity as an instrumentality and agency of the United States,<br><br>            Plaintiff,<br><br>RALPH E. WHITMORE, JR., NANCY W. WHITMORE; WILLIAM A. SWAIN, H. DERRELL SMITH;  THOMAS J. MIKLAUTSCH, ROBERT C. ELY, AND ROGER HAXBY,<br><br>            Defendants. | NOTICE OF COMPLIANCE<br><br>Case No. A92-060  Civil  (HRH) |

NOTICE OF COMPLIANCE
Page 1

Exhibit C
Page 3 of 6

PLEASE TAKE NOTICE that defendant Ralph E. Whitmore, Jr. on October 10, 2005, sent a report of the business income and expenses, as required by the Court, for September 1, 2005 through September 30, 2005 to counsel for the FDIC, Mr. James Leik.

DATED this 10th day of October, 2005.

By: *Ralph E. Whitmore Jr* (signature)
    Ralph E. Whitmore, Jr.

NOTICE OF COMPLIANCE
Page 2

Exhibit C
Page 4 of 6

TOTAL P.03

**EXHIBIT C PAGE 5 IS UNDER SEAL**

**EXHIBIT C PAGE 6 IS UNDER SEAL**