

**EXHIBIT E PAGE 1 UNDER SEAL**

**EXHIBIT E PAGE 2 UNDER SEAL**

**EXHIBIT E PAGE 3 UNDER SEAL**

**EXHIBIT E PAGE 4 UNDER SEAL**

**EXHIBIT E PAGE 5 UNDER SEAL**

# EXHIBIT E PAGE 6 UNDER SEAL

# EXHIBIT E PAGE 7 UNDER SEAL

**EXHIBIT E PAGE 8 UNDER SEAL**

**EXHIBIT E PAGE 9 UNDER SEAL**

**EXHIBIT E PAGE 10 UNDER SEAL**

**EXHIBIT E PAGE 11 UNDER SEAL**

# EXHIBIT E PAGE 12 UNDER SEAL

**EXHIBIT E PAGE 13 UNDER SEAL**

**EXHIBIT E PAGE 14 UNDER SEAL**

**EXHIBIT E PAGE 15 UNDER SEAL**

**EXHIBIT E PAGE 16 UNDER SEAL**

**EXHIBIT E PAGE 17 UNDER SEAL**

Michael R. Spaan, Esq.
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Ralph E. Whitmore, Jr.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity as an instrumentality and agency of the United States, <br><br> Plaintiff, <br><br> vs. <br><br> RALPH E. WHITMORE, JR., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) )  No. A92-0060-CV (HRH) |

## AFFIDAVIT OF RALPH E. WHITMORE, JR.

STATE OF CALIFORNIA     )
                        )  ss.
COUNTY OF Los Angeles )

**RALPH E. WHITMORE, JR.**, being duly sworn, states as follows:

1.      I have reviewed the expenses listed in the letter by Mr. Spaan. Those expenses were all disclosed on the monthly notices supported by sworn affidavits that I

PATTON BOGGS
LLP
Law Offices
1 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
FAX: (907) 263-6345

47131v1

Exhibit E
Page 18 of 19

provided to the FDIC and the court. I never received an objection to any of the expenses.

    2.      Those expenses are to third parties and were disclosed to the FDIC and the court.

    3.      There is no Pipe remaining, and the Pipe that was missing at the time the Settlement Agreement was signed is still missing.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_Ralph E. Whitmore Jr._

RALPH E. WHITMORE, JR.

SUBSCRIBED AND SWORN to before me this 2 day of February, 2006.

_Ernesto A. Gonzalez_

Notary Public in and for the State of California
My Commission Expires: May 1, 2006

ERNESTO A. GONZALEZ
Commission # 1352745
Notary Public - California
Los Angeles County
My Comm. Expires May 1, 2006

PATTON BOGGS LLP
Law Offices
01 West Fifth Avenue
Suite 700
Anchorage, AK 99501
one: (907) 263-6300
ax: (907) 263-6345

AFFIDAVIT OF RALPH E. WHITMORE, JR.
Page 2 of 2

47131v1

Exhibit E
Page 19 of 19