Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  907-263-6300
Facsimile:  907-263-6345

*Attorneys for Ralph E. Whitmore, Jr.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity as an instrumentality and agency of the United States, <br><br> Plaintiff, <br><br> vs. <br><br> RALPH E. WHITMORE, JR., et al., <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br> No. 3:92-cv-00060-HRH |

## AFFIDAVIT OF COUNSEL MICHAEL R. SPAAN IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT AGREEMENT

| | |
|---|---|
| STATE OF ALASKA | ) |
| | )  ss. |
| THIRD JUDICIAL DISTRICT | ) |

**MICHAEL R. SPAAN**, being duly sworn, states as follows:

1.      I was contacted in late 2005 by Mr. Ralph E. Whitmore, Jr. and asked to assist in resolving a settlement with the FDIC.

2.      I wrote Roy Ahrens on October 11, 2005 attempting to resolve the matters underlying the Settlement Agreement.  I wrote to Mr. Ahrens because he was the Senior Counsel who signed the Settlement Agreement on behalf of the FDIC.

47602v2

3. Despite numerous calls and promises from Mr. Ahrens to consult with his business people and get back to me with a proposed resolution the next I heard from the FDIC was when I received a letter (Whitmore Affidavit, Exhibit D) from their counsel Mr. Jim Leik.

4. Although Mr. Leik has attempted in a professional and courteous way to resolve the issues between the parties, it is clear to me that it is necessary to have the assistance of the Court in order to resolve the issues between the parties regarding the Settlement Agreement.

5. Either the FDIC or Mr. Whitmore, or both, may be dissatisfied with the Court's ruling; however, I believe it is in all the parties' interest to obtain a resolution of this matter as quickly as possible so that this matter, which counsel suspects is second only to the *Exxon Valdez* in terms of tenure, may be resolved and closed.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
MICHAEL R. SPAAN

SUBSCRIBED AND SWORN to before me this 7th day of March, 2006.

_____
Notary Public in and for the State of Alaska
My Commission Expires: _May 15, 2006_

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of March, 2006, a copy of the foregoing document to be served electronically on the following:

**James N. Leik**
Perkins Coie LLP
1029 W. 3rd Ave., Suite 300
Anchorage, Alaska 99501
jleik@perkinscoie.com


By:     s/Gloria Bullock
        Legal Secretary/Assistant
        PATTON BOGGS LLP

AFFIDAVIT OF COUNSEL MICHAEL R. SPAAN
*FDIC v. Whitmore, et al.*, No. 3:92-cv-00060-HRH
Page 3
47602v2