Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Ralph E. Whitmore, Jr.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity as an instrumentality and agency of the United States,<br><br>               Plaintiff,<br><br>vs.<br><br>RALPH E. WHITMORE, JR., et al.,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 3:92-cv-00060-HRH |

## AMENDED CERTIFICATE OF SERVICE

On March 7, 2006, I caused to be served electronically copies of the following documents

on James N. Leik (jleik@perkinscoie.com), Perkins Coie LLP, 1029 W. 3rd Avenue, Suite 300,

Anchorage, Alaska 99501:

    1.    Notice of Appearance
          (Attorney Michael R. Spaan for Defendant Ralph E. Whitmore);

    2.    Motion for Telephonic Participation and Proposed Order;

    3.    Affidavit of Counsel Michael R. Spaan in Support of Motion for Telephonic Participation;

    4.    Motion to Enforce Settlement Agreement and Proposed Order;

    5.    Memorandum in Support of Motion to Enforce Settlement Agreement;

47727v1

Case 3:92-cv-00060-HRH   Document 951   Filed 03/09/2006   Page 2 of 2

6. Affidavit of Ralph E. Whitmore, Jr. in Support of Motion to Enforce Settlement Agreement; and

7. Affidavit of Counsel Michael R. Spaan in Support of Motion to Enforce Settlement Agreement.

Attorney Jerry E. Melcher (counsel for Defendant Price Waterhouse) was omitted from service. On March 8, 2006, I caused to be served via U.S. Mail, postage prepaid copies of the aforementioned documents to:

> Jerry E. Melcher
> Heller Ehrman LLP
> 510 L Street, Suite 500
> Anchorage, Alaska 99501-1959

DATED this 9th day of March, 2006.

> s/Gloria Bullock
> Legal Secretary
> PATTON BOGGS LLP

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9 day of March, 2006, a copy of the foregoing document was served electronically on:

**James N. Leik**
Perkins Coie LLP
1029 W. 3rd Ave., Suite 300
Anchorage, Alaska 99501
jleik@perkinscoie.com

**and on the following via US Mail:**

Jerry E. Melcher
Heller Ehrman LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

By:  s/Gloria Bullock
     Legal Secretary/Assistant
     PATTON BOGGS LLP

AMENDED CERTIFICATE OF SERVICE
*FDIC v. Whitmore, et al.*, No. 3:92-cv-00060-HRH
Page 2
47727v1