Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Ralph E. Whitmore, Jr.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity as an instrumentality and agency of the United States,<br><br>           Plaintiff,<br><br>   vs.<br><br>RALPH E. WHITMORE, JR., et al.,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 3:92-cv-00060-HRH |

### UNOPPOSED MOTION FOR ORDER
### DIRECTING  SEALING OF CERTAIN DOCUMENTS

COMES NOW defendant, RALPH E. WHITMORE, JR., by and through his undersigned counsel, and hereby moves this Court for an order directing the sealing within the Court's file of certain designated documents previously filed with this Court in support of Mr. Whitmore's Motion to Enforce the Settlement Agreement.

The documents include exhibit pages 5 and 6 of Exhibit C (Docket #948) and exhibit pages 1 through 17 of Exhibit E (Docket #948).

This motion is unopposed by Mr. James Leik, counsel for the FDIC, if the Court is satisfied that a sufficient showing has been made to justify the restrictions on public access.

47896v1

This motion is supported by the attached memorandum and other documents in the Court file.

Respectfully submitted this 20th day of March, 2006.

>PATTON BOGGS LLP
>Attorneys for Defendant Ralph E. Whitmore, Jr.
>
>By:  s/Michael R. Spaan
>    Michael R. Spaan
>    PATTON BOGGS LLP
>    601 W. 5th Avenue, Suite 700
>    Anchorage, Alaska 99501
>    Tel: (907) 263-6310
>    Fax: (907) 263-6345
>    Email: mspaan@pattonboggs.com
>    Alaska Bar No. 7305026

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20 day of March, 2006, a copy of the foregoing document was served electronically on:

**James N. Leik**
Perkins Coie LLP
1029 W. 3rd Ave., Suite 300
Anchorage, Alaska 99501
jleik@perkinscoie.com

**and on the following via US Mail:**

Jerry E. Melcher
Heller Ehrman LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

By:  s/Nina E. Bingham
    Legal Secretary/Assistant
    PATTON BOGGS LLP