Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Ralph E. Whitmore, Jr.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity as an instrumentality and agency of the United States,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>RALPH E. WHITMORE, JR., et al.,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 3:92-cv-00060-HRH |

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR ORDER DIRECTING SEALING OF CERTAIN DOCUMENTS

The Court, having considered defendant Ralph E. Whitmore's unopposed motion for an Order directing the sealing of certain documents, HEREBY ORDERS the following documents shall be placed under seal:

　　Exhibit pages 5 and 6 of Exhibit C (Docket #948); and

　　Exhibit pages 1 through 17 of Exhibit E (Docket #948).

Dated:_____        _____
　　　　　　　　　　　　　　　　　　H. RUSSEL HOLLAND
　　　　　　　　　　　　　　　　　　United States District Court Judge

47897v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20 day of March, 2006, a copy of the foregoing document was served electronically on:

**James N. Leik**
Perkins Coie LLP
1029 W. 3rd Ave., Suite 300
Anchorage, Alaska 99501
jleik@perkinscoie.com

**and on the following via US Mail:**

Jerry E. Melcher
Heller Ehrman LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959


By:     s/Nina E. Bingham
        Legal Secretary/Assistant
        PATTON BOGGS LLP