Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  907-263-6300
Facsimile:  907-263-6345

*Attorneys for Ralph E. Whitmore, Jr.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity as an instrumentality and agency of the United States,<br><br>              Plaintiff,<br><br>       vs.<br><br>RALPH E. WHITMORE, JR., et al.,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 3:92-cv-00060-HRH |

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR
ORDER DIRECTING SEALING OF CERTAIN DOCUMENTS**

The defendant in this action, Ralph E. Whitmore, Jr., is an individual who recently was released from incarceration and is attempting to resurrect his career in order to support his wife and family.  He has just recently moved this Court to enforce a Settlement Agreement with the FDIC.

Prior to and after incarceration Mr. Whitmore supported himself and his family in the highly competitive business of international marketing of oil field equipment.  As part of his recent filings in support of his motion to enforce the Settlement Agreement, documents were filed with the Court.  These documents reflected very specific information regarding Mr. Whitmore's customers, agents, pricing, location of product and other sensitive business

47898v1

information which, if left part of the public record, could be used by competitors and unfairly prejudice Mr. Whitmore's continued efforts in this line of work.

Fed. R. Civ. P. 26(c)(7) allows the Court to devise a Protective Order concerning "trade secrets or other confidential research development or commercial information not be revealed or be revealed only in a designated way; . . . ."

The instant motion is not designed to prevent the disclosure of information to the FDIC. The FDIC has been provided with all the information filed with the court. There is no request at this time to restrict any parties' use of the information which Mr. Whitmore asked to be sealed. The FDIC has used the information to support its position in the dispute. While Mr. Whitmore may disagree with the position of the FDIC, he has no reason to believe that proprietary information would be provided to a competitor.

Mr. Whitmore requests that the designated information by sealed in the Court's file so it cannot be used by competitors to the disadvantage of Mr. Whitmore.

Respectfully submitted this 20th day of March, 2006.

        PATTON BOGGS LLP
        Attorneys for Defendant Ralph E. Whitmore, Jr.

By:   s/Michael R. Spaan
        Michael R. Spaan
        PATTON BOGGS LLP
        601 W. 5th Avenue, Suite 700
        Anchorage, Alaska 99501
        Tel: (907) 263-6310
        Fax: (907) 263-6345
        Email: mspaan@pattonboggs.com
        Alaska Bar No. 7305026

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20 day of March, 2006, a copy of the foregoing document was served electronically on:

**James N. Leik**
Perkins Coie LLP
1029 W. 3rd Ave., Suite 300
Anchorage, Alaska 99501
jleik@perkinscoie.com

**and on the following via US Mail:**

Jerry E. Melcher
Heller Ehrman LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959


By:     s/Nina E. Bingham
        Legal Secretary/Assistant
        PATTON BOGGS LLP

MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION
FOR ORDER DIRECTING SEALING OF CERTAIN DOCUMENTS
*FDIC v. Whitmore, et al.*, No. 3:92-cv-00060-HRH
Page 3
47898v1