Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Ralph E. Whitmore, Jr.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity as an instrumentality and agency of the United States,<br><br>      Plaintiff,<br><br>  vs.<br><br>RALPH E. WHITMORE, JR., et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 3:92-cv-00060-HRH |

**MOTION TO EXPEDITE CONSIDERATION OF UNOPPOSED MOTION
FOR ORDER DIRECTING SEALING OF CERTAIN DOCUMENTS**

  Defendant RALPH E. WHITMORE, JR., by and through his undersigned counsel, hereby moves this Court pursuant to Local Rule 7.2(c) to decide his Unopposed Motion for an Order Directing Sealing of Certain Documents on shortened time. This motion is supported by the attached affidavit of counsel.

47891v1

Respectfully submitted this 20th day of March, 2006.

        PATTON BOGGS LLP
        Attorneys for Defendant Ralph E. Whitmore, Jr.

By:   s/Michael R. Spaan
      Michael R. Spaan
      PATTON BOGGS LLP
      601 W. 5th Avenue, Suite 700
      Anchorage, Alaska 99501
      Tel: (907) 263-6310
      Fax: (907) 263-6345
      Email: mspaan@pattonboggs.com
      Alaska Bar No. 7305026

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20 day of March, 2006, a copy of the foregoing document was served electronically on:

**James N. Leik**
Perkins Coie LLP
1029 W. 3rd Ave., Suite 300
Anchorage, Alaska 99501
jleik@perkinscoie.com

**and on the following via US Mail:**

Jerry E. Melcher
Heller Ehrman LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

By:   s/Nina E. Bingham
      Legal Secretary/Assistant
      PATTON BOGGS LLP