Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Ralph E. Whitmore, Jr.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity as an instrumentality and agency of the United States,<br><br>    Plaintiff,<br><br>  vs.<br><br>RALPH E. WHITMORE, JR., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 3:92-cv-00060-HRH |

### [PROPOSED] ORDER GRANTING DEFENDANT RALPH E. WHITMORE'S MOTION TO EXPEDITE CONSIDERATION OF UNOPPOSED MOTION FOR ORDER DIRECTING SEALING OF CERTAIN DOCUMENTS

The Court, having considered defendant's motion, HEREBY ORDERS that the Motion to Expedite Consideration of Unopposed Motion for Order Directing Sealing of Certain Documents is GRANTED.

Dated:_____    _____
                 H. RUSSEL HOLLAND
                 United States District Court Judge

47894v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20 day of March, 2006, a copy of the foregoing document was served electronically on:

**James N. Leik**
Perkins Coie LLP
1029 W. 3rd Ave., Suite 300
Anchorage, Alaska 99501
jleik@perkinscoie.com

**and on the following via US Mail:**

Jerry E. Melcher
Heller Ehrman LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959


By:     s/Nina E. Bingham
        Legal Secretary/Assistant
        PATTON BOGGS LLP

[PROPOSED] ORDER GRANTING DEFENDANT RALPH E. WHITMORE'S
MOTION TO EXPEDITE CONSIDERATION OF UNOPPOSED MOTION
FOR ORDER DIRECTING SEALING OF CERTAIN DOCUMENTS
*FDIC v. Whitmore, et al.*, No. 3:92-cv-00060-HRH
Page 2
47894v1