Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  907-263-6300
Facsimile:  907-263-6345

*Attorneys for Ralph E. Whitmore, Jr.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity as an instrumentality and agency of the United States,<br><br>                    Plaintiff,<br><br>          vs.<br><br>RALPH E. WHITMORE, JR., et al.,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    No. 3:92-cv-00060-HRH |

### AFFIDAVIT OF COUNSEL MICHAEL R. SPAAN IN SUPPORT OF MOTION TO EXPEDITE CONSIDERATION OF UNOPPOSED MOTION FOR ORDER DIRECTING SEALING OF CERTAIN DOCUMENTS

| | |
|---|---|
| STATE OF ALASKA | ) |
|  | )  ss. |
| THIRD JUDICIAL DISTRICT | ) |

**MICHAEL R. SPAAN**, being duly sworn, states as follows:

1.      I am counsel for the defendant Mr. Ralph E. Whitmore, Jr. in the above-captioned action.

2.      Mr. Whitmore currently resides in California and our communication has been telephonically.

47895v1

3. I worked closely with Mr. Whitmore to file the Motion to Enforce the Settlement Agreement with the FDIC, but selected the documents filed in support thereof on my own accord.

4. Shortly after filing the referenced motion and attachments I was informed by Mr. Whitmore that some of the documents that were filed are highly sensitive business documents revealing customers' pricings and other confidential information.

5. He is very concerned that if these confidential documents fell into the hands of a competitor they would use Mr. Whitmore's long time work and proprietary information to unfairly compete against him.

6. Mr. James Leik, counsel for the FDIC, has informed me he does not oppose putting certain exhibits under seal if the Court is satisfied that a sufficient showing has been made to justify the restriction to public access.

7. The longer these documents are open to public access, the more concerned Mr. Whitmore is that they could fall into the hands of business competitors.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
MICHAEL R. SPAAN

SUBSCRIBED AND SWORN to before me this 17th day of March, 2006.

_____
Notary Public in and for the State of Alaska
My Commission Expires: May 15, 2006

AFFIDAVIT OF COUNSEL MICHAEL R. SPAAN IN SUPPORT
OF MOTION TO EXPEDITE CONSIDERATION OF UNOPPOSED
MOTION FOR ORDER DIRECTING SEALING OF CERTAIN DOCUMENTS
*FDIC v. Whitmore, et al.*, No. 3:92-cv-00060-HRH
Page 2
47895v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20 day of March, 2006, a copy of the foregoing document was served electronically on:

**James N. Leik**
Perkins Coie LLP
1029 W. 3rd Ave., Suite 300
Anchorage, Alaska 99501
jleik@perkinscoie.com

**and on the following via US Mail:**

Jerry E. Melcher
Heller Ehrman LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959


By:     s/Nina E. Bingham
        Legal Secretary/Assistant
        PATTON BOGGS LLP

AFFIDAVIT OF COUNSEL MICHAEL R. SPAAN IN SUPPORT
OF MOTION TO EXPEDITE CONSIDERATION OF UNOPPOSED
MOTION FOR ORDER DIRECTING SEALING OF CERTAIN DOCUMENTS
*FDIC v. Whitmore, et al.*, No. 3:92-cv-00060-HRH
Page 3
47895v1