IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FEDERAL DEPOSIT INSURANCE CORPO- )
RATION, in its corporate capacity )
as an instrumentality and agency )
of the United States, )
                                        Plaintiff, )
  vs. )
RALPH E. WHITMORE, JR., et al., )
                                    ) No. 3:92cv0060-HRH
                              Defendants. )
_____)

O R D E R

Motion to Expedite[1]

      The Court, having considered defendant's motion, HEREBY ORDERS that the Motion to Expedite Consideration of Unopposed Motion for Order Directing Sealing of Certain Documents is GRANTED.

      Dated at Anchorage, Alaska, this 22nd day of March, 2006.

                                        /s/ H. Russel Holland
                                        United States District Judge

---

[1]    Clerk's Docket No. 956.