IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FEDERAL DEPOSIT INSURANCE CORPO-  )
RATION, in its corporate capacity )
as an instrumentality and agency  )
of the United States,             )
                                  )
                    Plaintiff,    )
                                  )
    vs.                           )
                                  )
RALPH E. WHITMORE, JR., et al.,   )
                                  )   No. 3:92cv0060-HRH
                    Defendants.   )
_____)

O R D E R

Motion to Seal Documents[1]

The Court, having considered defendant Ralph E. Whitmore's unopposed motion for an Order directing the sealing of certain documents, HEREBY ORDERS the following documents shall be placed under seal:

    Exhibit pages 5 and 6 of Exhibit C (Docket #948); and

---

[1] Clerk's Docket No. 954.

- 1 -

Exhibit pages 1 through 17 of Exhibit E (Docket #948).

Dated at Anchorage, Alaska, this 22nd day of March, 2006.

                                              /s/ H. Russel Holland
                                              United States District Judge