James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
jleik@perkinscoie.com

Attorneys for Plaintiff
Federal Deposit Insurance Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity as an instrumentality and agency of the United States,<br><br>    Plaintiff,<br><br>v.<br><br>RALPH E. WHITMORE, JR., et al.,<br><br>    Defendants. | Case No. A92-060 CV (HRH) |

**FDIC'S RESPONSE TO RALPH WHITMORE'S MOTION
FOR TELEPHONIC PARTICIPATION**

The FDIC does not oppose Mr. Whitmore's telephonic attendance at a hearing on his motion, if there is one. If he attends a hearing by phone or in person, the Court has discretion to determine whether to hear from him. D. Ak. LR 11.1(a)(3).

DATED this 24th day of March, 2006.

**PERKINS COIE LLP**
Attorneys for Plaintiff
Federal Deposit Insurance Corporation

By   /s/ James N. Leik
   James N. Leik
   Alaska Bar No. 8111109
   Perkins Coie LLP
   1029 W. Third Avenue, Suite 300
   Anchorage, Alaska  99501
   (907) 279-8561
   (907) 276-3108 (Facsimile)
   jleik@perkinscoie.com

I hereby certify that I have served by fax a true and correct copy of the foregoing on Michael R. Spaan, Patton Boggs LLP, 601 West 5th Avenue, Suite 700, Anchorage, Alaska  99501 this 24th day of March, 2006.

   /s/  James N. Leik
James N. Leik
Alaska Bar No. 8111109

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

FDIC'S RESPONSE TO MOTION
FOR TELEPHONIC PARTICIPATION        - 2 -              [10390-0020-000000/AA060760.013]