Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  907-263-6300
Facsimile:  907-263-6345

*Attorneys for Ralph E. Whitmore, Jr.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity as an instrumentality and agency of the United States, <br><br> Plaintiff, <br><br> vs. <br><br> RALPH E. WHITMORE, JR., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 3:92-cv-00060-HRH |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO FDIC'S OPPOSITION TO MOTION TO ENFORCE SETTLEMENT AGREEMENT**

COMES NOW defendant, RALPH E. WHITMORE, JR., by and through his undersigned counsel, and hereby requests an extension until April 10th, 2006 in which to file Mr. Whitmore's reply to the FDIC's opposition to his Motion to Enforce Settlement Agreement.  The reason for this request is to allow Mr. Whitmore more time to locate and put together his receipts.  The parties also have agreed to attempt to resolve this matter without the assistance of the Court.  I have talked to Mr. Leik, counsel for the FDIC, who indicated he does not oppose this request for an extension.

47598v1

Respectfully submitted this 3rd day of April, 2006.

        PATTON BOGGS LLP
        Attorneys for Defendant Ralph E. Whitmore, Jr.

By:   s/Michael R. Spaan
       Michael R. Spaan
       PATTON BOGGS LLP
       601 W. 5th Avenue, Suite 700
       Anchorage, Alaska 99501
       Tel: (907) 263-6310
       Fax: (907) 263-6345
       Email: mspaan@pattonboggs.com
       Alaska Bar No. 7305026

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of April, 2006, a copy of the foregoing document was served electronically on:

**James N. Leik**
Perkins Coie LLP
1029 W. 3rd Ave., Suite 300
Anchorage, Alaska 99501
jleik@perkinscoie.com

**and on the following via US Mail:**

Jerry E. Melcher
Heller Ehrman LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

By:   s/Gloria Bullock
      Legal Secretary/Assistant
      PATTON BOGGS LLP