Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  907-263-6300
Facsimile:  907-263-6345

*Attorneys for Ralph E. Whitmore, Jr.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity as an instrumentality and agency of the United States, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| RALPH E. WHITMORE, JR., et al., | )<br>) |
| Defendants. | ) No. 3:92-cv-00060-HRH |

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO FDIC'S OPPOSITION TO MOTION TO ENFORCE SETTLEMENT AGREEMENT

The defendant RALPH E. WHITMORE, JR. has until April 10th, 2006 to file a reply to the FDIC's Opposition to the Motion to Enforce Settlement Agreement.

Dated:_____                      _____
                                          H. RUSSEL HOLLAND
                                          United States District Court Judge

47897v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of April, 2006, a copy of the foregoing document was served electronically on:

**James N. Leik**
Perkins Coie LLP
1029 W. 3rd Ave., Suite 300
Anchorage, Alaska 99501
jleik@perkinscoie.com

**and on the following via US Mail:**

Jerry E. Melcher
Heller Ehrman LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

By:    s/Gloria Bullock
       Legal Secretary/Assistant
       PATTON BOGGS LLP