- 1 -

**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

FEDERAL DEPOSIT INSURANCE CORP.   v.   RALPH E. WHITMORE, JR., et al.

THE HONORABLE H. RUSSEL HOLLAND        CASE NO.   3:92cv0060-HRH

   Deputy Clerk                          Official Recorder

APPEARANCES:   for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

Defendant Ralph E. Whitmore, Jr., moves for an extension of time (Clerk's Docket No. 964) in which to file a reply to the FDIC's opposition to the motion to enforce settlement agreement. Counsel indicates there is no opposition to this request for an extension of time.

The motion is granted. Defendant shall have up to and including April 10, 2006, within which to file a reply.