Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  907-263-6300
Facsimile:  907-263-6345

*Attorneys for Ralph E. Whitmore, Jr.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity as an instrumentality and agency of the United States,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>RALPH E. WHITMORE, JR., et al.,<br><br>　　　　　　Defendants. | No. 3:92-cv-00060-HRH |

## NOTICE OF PENDING SETTLEMENT

COMES NOW the defendant RALPH E. WHITMORE, JR. and hereby notifies the Court that the FDIC and the Whitmores have finalized a settlement in the above-captioned matter. The parties are working now to finalize the paperwork to dismiss the action with prejudice and other necessary settlement documents. I have talked to James Leik, counsel for the FDIC, and he has authorized the filing of this pleading.

Accordingly, the Whitmores ask the Court's permission to hold in abeyance the motion to enforce the settlement agreement[1] unless the Court grants a motion to put it back on the calendar.

---

[1] U.S.D.C. Docket No. 946.

48195v1

Respectfully submitted this 7th day of April, 2006.

>PATTON BOGGS LLP
>Attorneys for Defendant Ralph E. Whitmore, Jr.
>
>By: s/Michael R. Spaan
>Michael R. Spaan
>PATTON BOGGS LLP
>601 W. 5th Avenue, Suite 700
>Anchorage, Alaska 99501
>Tel: (907) 263-6310
>Fax: (907) 263-6345
>Email: mspaan@pattonboggs.com
>Alaska Bar No. 7305026

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of April, 2006, a copy of the foregoing document was served electronically on:

**James N. Leik**
Perkins Coie LLP
1029 W. 3rd Ave., Suite 300
Anchorage, Alaska 99501
jleik@perkinscoie.com

**and on the following via US Mail:**

Jerry E. Melcher
Heller Ehrman LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959

By: s/Gloria Bullock
Legal Secretary/Assistant
PATTON BOGGS LLP