Michael R. Spaan, Esq.
mspaan@pattonboggs.com
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: 907-263-6300
Facsimile: 907-263-6345

*Attorneys for Ralph E. Whitmore, Jr.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity as an instrumentality and agency of the United States,<br><br>        Plaintiff,<br><br>vs.<br><br>RALPH E. WHITMORE, JR., et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 3:92-cv-00060-HRH |

### [PROPOSED] ORDER

The Court, being apprised of the pending settlement in this matter, hereby orders that Whitmores' Motion to Enforce the Settlement Agreement[1] be held in abeyance for 60 days. Unless the Court puts the motion back on the calendar after due consideration of a motion of the parties, it will be deemed withdrawn 60 days from the date of the filing of the notice of pending settlement.

Dated:_____

                                                    H. RUSSEL HOLLAND
                                                    United States District Court Judge

---

[1] U.S.D.C. Docket No. 946.

48196v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of April, 2006, a copy of the foregoing document was served electronically on:

**James N. Leik**
Perkins Coie LLP
1029 W. 3rd Ave., Suite 300
Anchorage, Alaska 99501
jleik@perkinscoie.com

**and on the following via US Mail:**

Jerry E. Melcher
Heller Ehrman LLP
510 L Street, Suite 500
Anchorage, Alaska 99501-1959


By:     s/Gloria Bullock
        Legal Secretary/Assistant
        PATTON BOGGS LLP

[PROPOSED] ORDER
*FDIC v. Whitmore, et al.*, No. 3:92-cv-00060-HRH
Page 2
48196v1