James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
Email:  jleik@perkinscoie.com

Attorneys for Plaintiff FDIC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity as an instrumentality and agency of the United States,<br><br>            Plaintiff,<br><br>v.<br><br>RALPH E. WHITMORE, JR., et al.,<br><br>            Defendants. | Case No. 3:92cv0060-HRH |

**FDIC'S RESPONSE TO WHITMORE'S
NOTICE OF PENDING SETTLEMENT**

The FDIC has no objection to the order proposed by Mr. Whitmore with his Notice of Pending Settlement, dated April 7, 2006. The FDIC notes, however, that as of this date, the agreement on the amount payable to the FDIC under the Settlement Agreement and Release is not final. The parties negotiated a final payment amount. The FDIC personnel responsible for this matter will recommend approval by the FDIC of this final payment amount. We will notify the Court and

FDIC v. Whitmore
3:92cv0060-HRH - 1 - [10390-0020-000000/AA061000.001]

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

Mr. Whitmore's counsel as soon as the FDIC's approval process has been completed.

DATED: April 11, 2006.

**PERKINS COIE LLP**
Attorneys for Plaintiff
Federal Deposit Insurance Corporation

By  /s/ James N. Leik
    James N. Leik
    Alaska Bar No. 8111109
    Perkins Coie LLP
    1029 W. Third Avenue, Suite 300
    Anchorage, Alaska  99501
    (907) 279-8561
    (907) 276-3108 (Facsimile)
    Email:  jleik@perkinscoie.com

I hereby certify that on April 11, 2006 a copy of the
foregoing document was served electronically on
Michael R. Spaan.

  /s/ James N. Leik
James N. Leik

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

FDIC v. Whitmore
3:92cv0060-HRH        - 2 -        [10390-0020-000000/AA061000.001]