**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

<u>FEDERAL DEPOSIT INSURANCE CORP.</u>  v.  <u>RALPH E. WHITMORE, JR., et al.</u>

THE HONORABLE H. RUSSEL HOLLAND     CASE NO.  <u>  3:92cv0060-HRH  </u>

<u>Deputy Clerk</u>                    <u>Official Recorder</u>

_____      _____

APPEARANCES:   for PLAINTIFF:  ----

               for DEFENDANT:  ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

══════════════════════════════════════════════════════

      The court is in receipt of a notice of settlement concerning the above-referenced case (Clerk's Docket No. 966).  Plaintiff will please present the appropriate closing papers on or before June 9, 2006.  If for any reason closing papers cannot be filed by that date, plaintiff shall serve and file with the court a brief status report, updating the court as to the progress of completing this case.

═══════════════════════