- 1 -

## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

FEDERAL DEPOSIT INSURANCE CORP.   v.   RALPH E. WHITMORE, JR., et al.

THE HONORABLE H. RUSSEL HOLLAND        CASE NO.   3:92cv0060-HRH

    Deputy Clerk                          Official Recorder

APPEARANCES:   for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

    The parties advise that they have reached a settlement in this case (Clerk's Docket No. 966).  Accordingly, Whitmore's motion for telephonic participation (Clerk's Docket No. 944) and motion to enforce settlement agreement (Clerk's Docket No. 946) are denied with leave to renew if necessary.

- 1 -