James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
(907) 279-8561
(907) 276-3108 (Facsimile)
Email:  jleik@perkinscoie.com

Attorneys for Plaintiff FDIC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity as an instrumentality and agency of the United States,<br><br>    Plaintiff,<br><br>v.<br><br>RALPH E. WHITMORE, JR., et al.,<br><br>    Defendants. | Case No. 3:92-CV-0060-HRH |

**NOTICE OF PERFORMANCE OF OBLIGATIONS
UNDER SETTLEMENT AGREEMENT**

    The FDIC notifies the Court that defendants Ralph and Nancy Whitmore have performed all obligations under the Settlement and Release Agreement approved by the Court on May 21, 2002 (Docket 886).  Therefore, pursuant to paragraph 17 of the Settlement and Release Agreement, this action shall be dismissed with prejudice, with each party to bear its own costs and attorneys' fees,

FDIC v. Whitmore
Case No. 3:92-CV-0060-HRH    - 1 -    [10390-0020/AA060970.015]

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

and the Preliminary Injunction entered on March 11, 1992 (Docket 28), as modified, shall be dissolved.  An order incorporating these terms is submitted with this Notice.

DATED:  May 10, 2006.

        **PERKINS COIE LLP**
        Attorneys for Plaintiff
        Federal Deposit Insurance Corporation


By   /s/ James N. Leik
    James N. Leik
    Alaska Bar No. 8111109
    Perkins Coie LLP
    1029 W. Third Avenue, Suite 300
    Anchorage, Alaska  99501
    (907) 279-8561
    (907) 276-3108 (Facsimile)
    Email:  jleik@perkinscoie.com

I hereby certify that on May 10, 2006 a copy of the foregoing Notice of Performance of Obligations Under Settlement Agreement was served electronically on Michael R. Spaan.

  /s/ James N. Leik
James N. Leik

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

FDIC v. Whitmore
Case No. 3:92-CV-0060-HRH    - 2 -    [10390-0020/AA060970.015]