James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
Email:  jleik@perkinscoie.com

Attorneys for Plaintiff FDIC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity as an instrumentality and agency of the United States,<br><br>     Plaintiff,<br><br>v.<br><br>RALPH E. WHITMORE, JR., et al.,<br><br>     Defendants. | Case No. 3:92-CV-0060-HRH |

## [PROPOSED] ORDER

This action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.  The Preliminary Injunction entered on March 11, 1992 (Docket 28), as modified, is dissolved.

DATED this ____ day of _____, 2006.

_____
H. Russel Holland
United States District Judge

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

FDIC v. Whitmore
Case No. 3:92-CV-0060-HRH  - 1 -  [10390-0020/AA060970.014]

I hereby certify that on May 10, 2006 a copy of the foregoing Proposed Order was served electronically on Michael R. Spaan.

  /s/ James N. Leik       
James N. Leik

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

FDIC v. Whitmore
Case No. 3:92-CV-0060-HRH    - 2 -    [10390-0020/AA060970.014]