

Ralph E. Whitmore, Jr.
4521 Alla Road  No. 3
Marina Del Rey, California 90292
310  823-7739

Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity as an instrumentality and agency of the United States,<br><br>    Plaintiff,<br><br>RALPH E. WHITMORE, JR., NANCY W. WHITMORE; WILLIAM A. SWAIN, H. DERRELL SMITH;  THOMAS J. MIKLAUTSCH, ROBERT C. ELY, AND ROGER HAXBY,<br><br>    Defendants.| NOTICE OF COMPLIANCE<br><br>Case No.  A92-060  Civil  (HRH) |

NOTICE OF COMPLIANCE
Page 1

PLEASE TAKE NOTICE that defendant Ralph E. Whitmore, Jr. on May 6, 2006, sent a report of the business income and expenses, as required by the Court, for April 1, 2006 through April 30, 2006 to counsel for the FDIC, Mr. James Leik.

DATED this 6th day of May, 2006.

By: /s/ Ralph E. Whitmore Jr.
Ralph E. Whitmore, Jr.

NOTICE OF COMPLIANCE
Page 2