IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
FEDERAL DEPOSIT INSURANCE CORPO-  )
RATION, in its corporate capacity )
as an instrumentality and agency  )
of the United States,             )
                                  )
                       Plaintiff, )
                                  )
    vs.                           )
                                  )
RALPH E. WHITMORE, JR., et al.,   )
                                  )    No. 3:92cv0060-HRH
                      Defendants. )
_____)
```

O R D E R

Case Dismissed

This action is dismissed with prejudice, with each party to bear his or its own costs and attorney fees. The preliminary injunction entered March 11, 1992,[1] as modified, is dissolved.

Dated at Anchorage, Alaska, this 18th day of May, 2006.

/s/ H. Russel Holland
United States District Judge

---

[1] Clerk's Docket No. 28.

- 1 -